Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

Division

Case No. **20 CV 1785**

*(to be filled in by the Clerk's Office)*

Asad Gilani

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Teneo, Inc.
Piers Carey

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☒ Yes ☐ No

RECEIVED
SDNY DOCKET UNIT
2020 FEB 28 PM 2: 59

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Asad Gilani |
| Street Address | 661 Bedford Road |
| City and County | Armonk,  Westchester |
| State and Zip Code | New York 10504 |
| Telephone Number | 914-224-8073 |
| E-mail Address | asad.s.gilani@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                    Teneo, Inc

    Job or Title *(if known)*

    Street Address           44330 MERCURE CIR, STE 260, DULLES, VA, 20166 - 0000,

    City and County          Dulles

    State and Zip Code      Varginia Loudoun County

    Telephone Number      (703) 212-3220

    E-mail Address *(if known)*   pcarey@teneo.net

Defendant No. 2

    Name                    Piers Carey

    Job or Title *(if known)*

    Street Address           37182 Adam Green Lane

    City and County          Middleberg VA

    State and Zip Code      VA 20117

    Telephone Number      7035094875

    E-mail Address *(if known)*   Pcarey@teneo.net

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | 44330 MERCURE CIR, STE 260, DULLES, VA, 20166 - 0000, USA Remote in NY |
| Street Address | 661 Bedford |
| City and County | Armonk |
| State and Zip Code | NY 10504 |
| Telephone Number | 914-224-8073 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

> *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

> *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

> *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Other federal law *(specify the federal law)*:

Race

☒      Relevant state law *(specify, if known)*:

Retaliation

☒      Relevant city or county law *(specify, if known)*:

National Origin

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☒    Failure to promote me.

☒    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race            Pakistani

☒    color           Brown

☐    gender/sex

☒    religion         Muslim

☐    national origin   Pakistan

☒    age *(year of birth)*   1956        *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

        Herniated Disc

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached Compliant

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   **Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Initial 6/24/2019 and Signed Charged on 7/1/2019

B.   The Equal Employment Opportunity Commission *(check one)*:

☒   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   12/5/2019   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      2/28/2020

Signature of Plaintiff

Printed Name of Plaintiff      Asad Gilani

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## UNITED STATES DISTRICT COURT
## SOUTHEREN DISTRICT OF NEW YORK

ASAD GILANI,

                     Plaintiff,

         v.

TENEO, INC,

                     Defendant.

**COMPLAINT**
**JURY TRIAL DEMANDED**

Plaintiff Asad Gilani alleges as follows:

### NATURE OF THE ACTION

1.       This action seeks recovery for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, the Age Discrimination in Employment Act of 1967, § 2 et seq., 29 U.S.C.A. § 621 *et seq.*, and the New York City Human Rights Law, N.Y. City Admin. Code § 8-107 *et seq.*, based on the willful and illegal employment practices of Defendant, Teneo, Inc. ("Teneo").

2.       Mr. Gilani joined Teneo, Inc on September 2016. Throughout his employment at Teneo, Inc, Mr. Gilani was highly regarded in his field and considered exceptionally qualified in providing SD-WAN and other Technology to Teneo's Clients. Teneo did not criticize Plaintiff's work product or performance

### JURISDICTION AND VENUE

4.       This Court has original subject matter jurisdiction over Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII") and the Age Discrimination in Employment Act of 1967, § 2 et seq., 29 U.S.C.A. § 621 et seq. ("ADEA"),

pursuant to 28 U.S.C. § 1331 because it arises under the laws of the United States.

5.      The Court has supplemental jurisdiction over Plaintiff's claims under the New York City Human Rights Law, N.Y. City Admin. Code § 8-107 ("NYCHRL") and its implementing regulations pursuant to 28 U.S.C. § 1367, because these claims are so closely related to Plaintiff's claims under Title VII and the ADEA that they form part of the same case or controversy under Article III of the United States Constitution.

6.      Personal jurisdiction over Defendant Teneo, Inc. is proper because Teneo, Inc is licensed to do business in the state of New York and operates within the jurisdiction of the Southern District of New York. Teneo, has engaged, and continues to engage, in continuous, permanent, and substantial activity in New York . Teneo, is licensed to do business in New York and has one or more places of business in this judicial district.

7.      Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391(b)-(c) because Teneo, Inc may be found in this district, the events giving rise to the claim occurred in this district, and Teneo. conducts business within this district.


## EXHAUSTION OF ADMINISTRATIVE REQUIREMENT

1.      Mr. Gilani timely filed charges of race, national origin, religious, age, disability, retaliation and age discrimination with the Equal Employment Opportunity Commission on June 24 2019 and the EEOC duly filed those charges with the New York City Human Rights Commission.

2.      On December 5th, 2019, the Equal Employment Opportunity Commission issued Mr. Gilani a Notice of Dismissal and Right to Sue, a copy of which is attached hereto as Exhibit

A.

3.        Contemporaneously with the filing of this Complaint, Mr. Gilani has mailed a copy to the New York City Commission of Human Rights and the Office of the Corporation Counsel of the City of New York, thereby satisfying the notice requirements of Section 8-502 of the New York City Administrative Code.

## PARTIES

6.        Plaintiff Asad Gilani is an adult individual who resides in Westchester, New York. Mr. Gilani worked Remotely for Teneo, Inc form his Home Office

7.        Mr. Gilani was employed by Defendant from September 26, 2016, through June 28, 2019, when Teneo, Inc unlawfully terminated his employment.

8.        Defendant Teneo is a Virginia Corporation and multinational information technology company, with headquarters located in Dulles, Virginia United States. It operates offices in over 4 countries and territories and Work from Home employees through the US including New York

## FACTS

9.        Teneo terminated Mr. Gilani's employment based on his race (South Asian), national origin (Pakistani), religion (Muslim) and age and in retaliation for his protected EEO activity in violation of Title VIII of the civil Rights Act of 1964, 42 42 U.S.C. §§ 2000e, *et seq.* ("Title VII"), the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621 *et seq.*, and the New York City and State Human Rights Laws, N.Y.C. Admin. Code §§ 8-101 *et seq.* ("NYCHRL") and N.Y. Exec. L. §§ 290 *et seq.* ("NYSHRL"). Mr. Gilani was a member of a protected class.

3

10.    Mr. Gilani worked as Solution Engineer for Teneo starting in September of 2016. He worked for Clients supporting Cisco, VMware, Silver Peak, Meraki and Riverbed Steel Connect SD-WAN and other technologies through his unlawful termination on June 28, 2019.

11.    Mr. Gilani has over thirty-five years of experience in engineering and information. technology. Mr. Gilani has helped design several of the largest computer networks in the world while holding positions at multiple large companies, including Morgan Stanley, Merrill Lynch, Dean Witter Reynolds, and CIGNA Healthcare. He also has expertise in cybersecurity and worked in networking and security for International Network Services, British Telecom, and Booz Allen Hamilton. Overall, Mr. Gilani, British Telecom, and Booz Allen Hamilton. Overall, Mr. Gilani was qualified for his position.  Ex – 2 – shows Steve Evans appreciation of Mr. Gilani's work at LPL Financials. "Very nice work Asad! All those nights and weekends paid off!. This is exactly the kind of results we're looking for. Thanks for your efforts" Ex – 3 – Peter Thornhill Mr. Gilani's  CEO Club's Nomination " Asad' recent contribution to my projects and to Teneo and to personally recommended Asad to be nominated for the CEO club this year. The recent projects Asad has managed includes (1) BD – SD-WAN, Data Center migration Steel Central, (2) Bechtel – Viptela  PoC , (3) Hyster Yale – Velo Cloud / Silver Peak, (4) PPD – Dynatrace PoC for CTMS. Asad has been deeply committed to provide my customers with support and consultative approach to their specific business needs. Despite the overwhelming amount of work that Asad has to do, he consistently finds ways to take time to provide valuable updates on my projects" Ex  - 4 Roy Wieland  "I would like to express my full support and nomination for Asad Gilani to attend the CEO Club. Asad helped me close and deliver our first THREE SD-WAN Deals at COX Media Group, LPL Financials, and Home Shopping Networks. These deals included heavy services at great margins…. All customers are

4

happy and will be further reference for Teneo... A fine job for which he should be appropriately recognized." Ex- 5 another customer recommendation. Mr. Gilani was qualified for the position at Teneo and exceeding the expectations.

12.    Mr. Gilani began working for Teneo in September 2016 and excelled in his role as a Solutions Engineer. In Mr. Gilani's 2018 performance review, his most recent annual performance review, Teneo rated him as a 3.7 out of 4.0 and provided him with a four percent salary increase for his strong performance. Ex. 6 – 2018 Annual Performance Review. In his most quarterly performance review, for the first quarter of 2019, Mr. Gilani scored a perfect 3.2 out 4.0 exceeding expectations Ex 7 – 2019 first Quarter Performance Review by Steve Evans. In his most quarterly performance review, for the second quarter of 2019, Mr. Gilani scored a perfect 3.8 out 4.0 exceeding expectations Ex 8 – 2019 first Quarter Performance Review by Steve Evans. In his most quarterly performance review, for the third quarter of 2019, Mr. Gilani scored a perfect 4.2 out 4.0 exceeding expectations Ex 9 – 2019 first Quarter Performance Review by Brett Ayers.  Since Mr. Gilani joined Teneo in September 2016 his performance exceeded the expectations as noted above. Mr. Gilani was qualified for the position and was performing and exceeding the expectation.

13.    Teneo terminated Mr. Gilani on August 26, 2019 and the reason was given Ex – 10 (Gilani Terminal call Transcript Page 15,

190. **MS. HEAD**:   FOUR points of discrimination

191.        and one complaint of other ... of conduct ... as I said I will give you

192.        the feedback and I appreciate you bring in... for your charge of EEOC

193.        and I will corporate with them any they might undertake that is

194.        irrespective of my findings and I will look into that and will corporate

195.          with them

196.          that concludes my findings from the investigation and now

197.          I want to handover to Steve. Separate form this this he now

198.          needs to talk to you about

199.          complaint about relation to your own conduct.

200. **MS. EVANS:**          Exactly

201. **MS. EVANS:**          On our last call that you said to key partners

202.          or damaging to our relationship

203. **MR. GILANI:**          I have never said anything to key Partners

204.                    Steve, Steve, Steve, I have not said anything to key partners


(Gilani Terminal call Transcript Page 15,

205. **MR. EVANS:**    Yes, so You justified what you said but, it

206.          not acceptable…

207: **MR. GILANI:**          I never said anything to the key partners

208:          you, you are not listing my voice, Steve, Steve, You are not listing

209:          hold on, hold on, I am going to drop it off, You are just not listing

210:          I have not said anything to any of your key partners OK.

211. **MR. EVANS:**          I am going to turnover to Rachel to explain

212:          details

213:   MR. GILANI:          You are not listing; you are not listing. That

214:          that is ok. This one I will bring up to , add to the EEOC. That is the

retaliation

215:        go ahead

216.   **MS. HEAD:**        Ok, Asad as Steve said, we are terminating your

217          employment affect from today.


14.    This was a wrongful termination as Mr. Gilani denied it. The key Partners Steve is

eluding were Riverbed and silver Peak. . In Ex 7, 8, 9 Performance Review there was no mention

of three projects Imperva, Sedgwick and Whirlpool. I was brought in because Teneo failed and

sold the Riverbed product to Imperva and Sedgwick in 2016 for over a million and which did not

work and trying to sell Silver Peak SD-WAN to Whirlpool where customer did the evaluation of

the product and did not select Silver Peak.

15.    Defendant's attempt to justify its termination of Mr. Gilani's employment is

pretextual: Allegedly making **Riverbed Partner upset**, defendants' reason is a pre-text for

retaliation.   Teneo developed a Managed Service using Riverbed Steel Connect SD-WAN

product. Mr. Gilani was not part of this service and he was given this project because supporting

SD-WAN Engineer left Teneo Inc. The project was given to  Plaintiff to support, on a   first day

in the project Ex - 11 receives an email addressed to both to Teneo Managed Services and

Riverbed by a managed service customer with three sites *"**Embarrassing, in 30 years in I, have**

**not seen such an incompetence or a total disregard of a foundational system and a service**

**provider. Everyone in Teneo and Riverbed should be ashamed of themselves."*** When Plaintiff

called out is what Teneo calls Managed Services? The email was addressed to Steve Evans and

was the reflection of Teneo and Steve Evans Technical Skills.  Teneo is a Value-Added Reseller

not a Networking Consulting Company. Riverbed does not sell directly, it sells thru pass thru

partners. Teneo's Business performance is tiered to Riverbed performance. Riverbed asked

Teneo to quote and sell as SD-WAN Steel Connect in 2016 and sold Steel Connect to a company in Memphis, TN for over 1 Million Dollars. This includes providing the services and WAN Optimization. The same Engineer who supported on the Manage Service SD-WAN supported this account. Ex – 12 On May 18, 2019 Steve Evans requested Plaintiff's help in this account. Steve Evans accepted that Teneo had no understanding of the product what they were selling to the customer. Steve Evans said that he will join the calls and if the customer comes back to the decision to proceed to any other solution that will be fine. This means Steve Evans accepted that Teneo sold the product which does not work. In Ex – 13 On 4. 24. 2019 a communication between Plaintiff and Steve Evans shows that the product is so bad that Steve Evans calls "**this sounds ugly**" Steve Evans eluding to the Riverbed Steel Connect Product. Ex-14 On May 31, 2019 customer asked Plaintiff his thoughts and Plaintiff said he can understand the pain for two years. Teneo. , Steve Evans, Piers Cary and Riverbed sold the product which were not deployable in two years and impacting the business. Plaintiff would say Teneo and Riverbed was responsible selling a bad product to the customer with Riverbed. It was not Plaintiff who sold the product to the customer it was Piers Cary and Steve Evans sold the product to the customer. Customer came back to Riverbed and asked to return the product because it was not implementable. Instant of Teneo taking responsibility and telling Riverbed Product and tried to blame Plaintiff. Ex-14 Steve Evans " Hopefully SteelConnect will work for them, please keep us updated. I read through the FIS presentation and they are definitely trying to cover themselves but it wont matter for them. They are on the outs. But this is our time to shine"" Steve Evans and Piers Carey sold them the bad product why are they blaming the FIS. Wishful thinking Ex -15 Page 2, Mr. Gilani stated " Sedgwick: What I told them that steel Connect does not work. When you were on the call with Sedgwick you said yourself in Ex – 13 that this was ugly…. Should

have not sold the product without understanding if the product works. Justin was on the project until last November. That was Teneo's decision not mine"

16.     Defendant's attempt to justify its termination of Mr. Gilani's employment is pretextual: Allegedly making **Silver Peak Partner upset**, Mr. Gilani brought Silver Peak into Teneo, Inc for a customer. In this case Plaintiff was engaged a week before to review the findings of silver Peak Product and site visit. Ex 16. The customer did not select silver Peak because 1) Orcastrator UI was cumbersome, not as intuitive and needs simplification making various settings easer to locate. as other solutions, 2) Tunnel creation to the sites and to the cloud locations (AWS, GCP) not streamlined as other solutions 3) The HA design was not as developed as other solutions and turn-up was more difficult then should have been. It took too long to get the HA site into the running stage  4) not as scalable as other solution, i.e: intra-region contract were lacking. The term Roadmap was unacceptable 5). The customer evaluated the product was not ready for them and they selected the Velo Cloud Solution.  Plaintiff never met the customer before... Why would Silver Peak was upset because customer did not select their product. If it s up to Teneo. they would have sold it just like above two products to make few bugs. There is no reputation for Teneo, Inc in SD-WAN and tried to blame Plaintiff.  This was all Pre-Text. Due to the Technical Expertise of Plaintiff, Plaintiff identified the same issue early on and notify Teneo they should not have wasted time in this engagement. Again lack of knowledge of Teneo staff including Piers Carry, Steve Evans, Brett Ayers   thought I am bad mouthing Silver Peak... But the fact is Customer came to the same conclusion as I did early on otherwise, they would be in the same situation where Riverbed Customer bad month Teneo and requested to return all the product.

17.     Mr. Gilani will charge character deformation against Teneo instant of blaming themselves blaming Plaintiff.

18.     Teneo replaced Mr. Gilani Solution Architect with younger white non-Muslim Solution Engineer

19.     In July 2018 at the company Annual Meeting, Piers Carey created a rule who ever sells the most SD-WAN both Account executive and sales engineer both will join the CEO Club for a retreat in Iceland in 2018. Mr. Gilani was the top one who sold SD-WAN but he was not selected to go to Iceland because a younger white person was selected who did not sell any SD-WAN. This was a discrimination on the basis of age.

20.     On or about around March 29, 2019, Dan Sobel began to yell at me and said that he was a red neck. He referred to me religion calling me a Muslim, He also called me a Paki.   In Ex-10 Page 2

22: MS. HEAD:        The first feedback is that I spoke with Dan Sobel

23.     and he admitted raising his voice during the argument

25:     He also recalls describing as a Redneck

Ex-10 Page 3

33. MR. GILANI:            He also called me Pakistani

Ex-10 Page 4

48:        How he yelled at me and how he treated me and how he treated me

49:        and he knew what is the Redneck in us means it is very raciest term right

50         he is not  a kid

10

51:  MS HEAD:        Ok, just to confirm Asad I agree with you, that some one

52:      to raise his voice and with a colleague and therefore we are going to take action

53:      to relation to that. Calling himself a Redneck that something that again

Ex – 10 Page 5

58:MR. GILANI:        it is a same time, yes, it is a same time

63: MS. HEAD:        We accept this is not comfortable situation

21.      As stated, above Ms. Head accepted that this is not comfortable situation actually

Ms. Head accepted that Discrimination against Mr. Gilani occurred as a Muslim and Pakistani

and calling himself a Redneck.

22.      In July 2018 and again in December 2018, Mr. Gilani informed Piers Carey that

Mr. Gilani was interested in the SD-WAN Practice Lead position available.  In January 2019, I

Mr. Gilani was informed that Brett Ayers, a lesser qualified younger white (non-Muslim) m

British individual was selected. Mr. Gilani allege he was not selected because of his race,

national origin, religion and age. Ex - 8, confirms that Mr. Gilani's second quarter performance

was completed by Steve Evans and Brett Ayers did not start the position until January 1, 2019 as

a SD_WAN Practice Lead.  Below Ms. Head accepted that Brey Ayers was not qualified for the

position and Mr. Gilani was more qualified for the SD-WAN Practice Lead Position. But Piers

Carey discriminated against Mr. Gilani because he was older Pakistani and from Asian

**Ex – 10 Page 7**

91: MS. HEAD:          Ok fair enough. You disagree right by me.

93: Technical Roadmap … The Opportunity for … Brett is to come in the future

94: is not they get to go because **they need the development and you had years of**

95: **experience and you know all.**

23.      In or around February 2019, Mr Gilani asked for and was denied Cisco training needed for the job. Mr. Gilani was again denied training on around June 18, 2019. Mr. Gilani 's alleges situated individuals (Adam Start, Rouman Dounkov, and Dan Sobel), all outside his protected class, received training. Mr. Gilani alleges that Mr. Piers Carey denied his training on the basis of his race, religion, national origin and age.

24.      On June, 209, Mr. Gilani was engaged in a protected activity when he told Rachel Head that he was meeting with EEOC, He was terminated on or around June 27, 2019 for allegedly making a partner upset which is pre-text for retaliation.

25.      On or about in March 7th, 2019 Mr. Brett Ayers forced Mr. Gilani to support Globally and stared to schedule calls early in the morning.  Under Mr. Ayers supervision, Mr. Gilani experienced unequal and hostile treatment. In February 2019, Mr. Ayers inexplicably denied  Mr. Gilani Cisco training that was necessary for Mr. Gilani's position. Yet, Mr. Gilani later learned that Mr. Ayers attended such trainings himself and approved Mr. Gilani's similarly situated peers – Roman Doukov, Adam Start, and Dan Sobel – t to undertake additional training. Mr. Doukov, Mr. Start, and Mr. Sobel, like Mr. Ayers, are younger, White, and not Muslim or Pakistani. The environment under Mr. Ayers was also hostile towards Mr. Gilania and on or about March 29, 2019, Dan Sobel , like Mr. Ayers, are younger, White, and not Muslim or Pakistani. The environment under Mr. Ayers was also hostile towards Mr. Gilania and on or

about March 29, 2019, Dan Sobel yelled at and berated Mr. Gilani, referencing Mr. Gilani's Muslim faith and calling Mr. Gilani a "Paki," a derogatory shorthand reference to an individual of Pakistani national origin. Mr. Sobel explained his hostile behavior towards Mr. Gilani by saying that he (Mr. Sobel) was a "redneck".

26.     On or bout on March 8th, 2019 Mr. Ayers requested Mr. Gilani to support Global projects getting up early in the morning. No other one were required to support project Globally. In Ex – 18, My Ayers  asking " who is requesting you to work on non-us projects" but assigning but forced me to work on global projects. On or about March Steve Evans and Brey Ayers got on the call with Mr. Gilani and start shouting at Mr. Gilani that " You are the highest paid and you you have to support Global project' Mr. Gilani responded he was only hired for Us project specially for New York.

27.     On June 26, 2019, you and Steve Evans, Teneo's Vice President of Solutions Engineering, informed Mr Mr. Gilani via a telephone call that Teneo's internal investigation did not conclude that the company discriminated against Mr. Gilani. The result was unsurprising given that that Teneo's investigation lasted less than a week and was limited to cursory conversations with a few select people, rather than a thorough examination of Mr. Gilani's complaints.  During that same call, you and Mr. Evans informed Mr. Gilani that Teneo was terminating Mr. Gilani's employment. The only explanation provided for the termination of Mr. Gilani's employment was that Mr. Gilani purportedly had made damaging statements to key partners on a call – a call that had taken place weeks before – a call that had taken place weeks before. Teneo had not raised these allegedly damaging statements with Mr. Gilani at any point prior to the termination of his employment

28.     On June 18, 2019, Mr. Gilani informed you, as Teneo's Vice President of Human Resources, that in response to Teneo's discriminatory treatment, he was filing a charge of discrimination with the Equal Employment Opportunity Commission. On June 19, 2019, you asked Mr. Gilani to speak with you about his allegations, and Mr. Gilani requested that the parties.

29.     The facts strongly suggest that Teneo unlawfully discriminated against Mr. Gilani by denying his promotion to the SD-WAN Practice Lead position and denying him opportunities provided to younger, White, non-Muslim employees, and that Teneo further discriminated and retaliated against Mr. Gilani by terminating his employment only days after he notified notified Teneo that he was filing a charge of discrimination with the Equal Employment Opportunity Commission. Such close temporal proximity between Mr. Gilani's protected conduct and the termination of his employment is powerful proof of retaliatory animus. *See Parker v. Workmen's Circle Ctr. of the Bronx, Inc.*, No. 14 Civ. 5237, 2015 WL 5710511, at *5 (S.D.N.Y. Sept. 29, 2015) ("[I]t is well established in the Second Circuit that temporal proximity is indicative of a causal connection between a protected activity and an adverse employment action."); *Gorzynski*, 596 F.3d at 111 (holding that a four-month period between plaintiff's complaint and termination is sufficient to infer a causal connection for retaliation under the ADEA).  This is especially true where where the reason provided for the termination, as here, is wholly unsubstantiated, unspecified, and without any prior warning or reprimand for the alleged misconduct at issue

## CAUSE OF ACTION

**FIRST CAUSE OF ACTION:**
**(Discrimination Because of National Origin and Religion)**
**(Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.***

30.     Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

31.     Defendant, Teneo, violated Title VII of the Civil Rights Act of 1964 when it discriminated against Mr. Gilani in the terms and conditions of his employment and terminated his employment because of his national origin and religion.  42 U.S.C. § 2000e-2(a)(1). In doing so, the Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on national origin and religion.

32.     Defendant's attempt to justify its termination of Mr. Gilani's employment is that Mr. Gilani made partners upset is not related which is pre-textual Despite favorable reviews of Mr. Gilani's work over the prior four months and without prior disciplinary action Defendant terminated Mr. Gilani soon after learning about his religion and national origin.

33.     Mr. Gilani was treated differently than the rest of his coworkers who are younger and are not Pakistani Muslim. Teneo did not terminate the employment of the other individuals who failed to provide those individuals with warnings and opportunities to correct their behavior.

34.     Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

## CAUSE OF ACTION

### SECOND CAUSE OF ACTION:
### (Discrimination Because of National Origin and Religion
### Denying Promotion )
### (Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*

6.   Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

7.   Defendant, Teneo, violated Title VII of the Civil Rights Act of 1964 when it discriminated against Mr. Gilani in the terms and conditions of his employment and terminated his employment because of his national origin and religion.  42 U.S.C. § 2000e-2(a)(1). In doing so, the Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on national origin and religion. Denying promotion as SD-WAN Lead

8.   Defendant's attempt to justify its termination of Mr. Gilani's employment is that Mr. Gilani made partners upset is not related which is pre-textual Despite favorable reviews of Mr. Gilani's work over the prior four months and without prior disciplinary action Defendant terminated Mr. Gilani soon after learning about his religion and national origin.

9.   Mr. Gilani was treated differently than the rest of his coworkers who are younger and are not Pakistani Muslim. Teneo did not terminate the employment of the other individuals who failed to provide those individuals with warnings and opportunities to correct their behavior.

10.   Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

## CAUSE OF ACTION

### THIRD CAUSE OF ACTION:
**(Discrimination Because of National Origin and Religion – Retaliation)**
**(Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.**

6. Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

7. Defendant, Teneo, violated Title VII of the Civil Rights Act of 1964 when it discriminated against Mr. Gilani in the terms and conditions of his employment and terminated his employment because of his national origin and religion. 42 U.S.C. § 2000e-2(a)(1). In doing so, the Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on national origin and religion Retaliation and creating Hostile Work Environment

8. Defendant's attempt to justify its termination of Mr. Gilani's employment is that Mr. Gilani made partners upset is not related which is pre-textual Despite favorable reviews of Mr. Gilani's work over the prior four months and without prior disciplinary action Defendant terminated Mr. Gilani soon after learning about his religion and national origin.

9. Mr. Gilani was treated differently than the rest of his coworkers who are younger and are not Pakistani Muslim. Teneo did not terminate the employment of the other individuals who failed to provide those individuals with warnings and opportunities to correct their behavior.

10. Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

## CAUSE OF ACTION

### FOURTH CAUSE OF ACTION:
**(Discrimination Because of National Origin and Religion – Hostile Work environment)**
**(Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.**

6. Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

7. Defendant, Teneo, violated Title VII of the Civil Rights Act of 1964 when it discriminated against Mr. Gilani in the terms and conditions of his employment and terminated his employment because of his national origin and religion. 42 U.S.C. § 2000e-2(a)(1). In doing so, the Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on national origin and religion creating Hostile Work environment.

8. Mr. Gilani was treated differently than the rest of his coworkers who are younger and are not Pakistani Muslim. Teneo did not terminate the employment of the other individuals who failed to provide those individuals with warnings and opportunities to correct their behavior.

9. Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

## FIFTH CAUSE OF ACTION
### (Discrimination Because of Age)
**Age Discrimination in Employment Act of 1967, 29 U.S.C.A. § 621 *et seq.*,**

38.     Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

39.     Defendant, Teneo, violated the Age Discrimination in Employment Act of 1967 when it discriminated against Mr. Gilani in the terms and conditions of his employment and because of his age.  42 U.S.C. § 2000e-2(a)(1). In doing so, Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on age.

40.     Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

**SIXTH CAUSE OF ACTION:**
**(Discrimination Because of National Origin, Religion, and Age)**
**New York City Human Rights Law, N.Y. City Admin. Code § 8-107 *et seq.***

41.     Plaintiff Asad Gilani repeats and re-alleges each and every allegation in the aforementioned paragraphs.

42.     Defendant, Teno, violated the NYCHRL when it discriminated against Mr. Gilani in the terms and conditions of his employment and terminated his because of his national origin, religion, and age. N.Y. City Admin. Code § 8-107 et. al. In doing so, Defendant acted maliciously to interfere with Mr. Gilani's right to be free from discrimination based on national origin, religion, and age.

43.     Mr. Gilani is entitled to damages as a result of Defendants' unlawful acts, including past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

44.     WHEREFORE, Plaintiff respectfully requests that this court enter a judgment:

(a) Declaring that the acts, practices, and omissions complained of herein are in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; and finding that Defendant violated the legal obligation to maintain a workplace free of discrimination on the basis of national origin and religion.

(b) Declaring that the acts, practices, and omissions complained of herein are in violation of Age Discrimination in Employment Act of 1967, 29 U.S.C.A. § 621 *et seq.*; and finding that Defendant violated the legal obligation to maintain a workplace free of discrimination on the basis of age.

(c) Declaring that the acts, practices, and omissions complained of herein are in violation of New York City Human Rights Law, N.Y. City Admin. Code § 8-107 *et seq.*, and finding that Defendant violated the legal obligation to maintain a workplace free of discrimination on the basis of national origin, religion, and age.

(d) Directing Defendant to pay Plaintiff actual damages and otherwise make Plaintiff whole for the full amount of pay Plaintiff would have received but for Defendant's discrimination, including but not limited to past and future lost wages and benefits, damages to compensate him for past and future physical and emotional distress, punitive damages, reasonable attorneys' fees and costs of this action.

## JURY DEMAND

45.   Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury in this action.

Dated: New York, New York
       February 28, 2020

Respectfully submitted,

Asad Gilani
2/28/2020

# EXHIBIT – 1

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Asad Gilani**
      **661 Bedford Road**
      **Armonk, NY 10504**

From:   **Washington Field Office**
        **131 M Street, N.E.**
        **Suite 4NW02F**
        **Washington, DC 20507**

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2019-04389** | **Magda Gomez, Investigator** | **(202) 419-0733** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Mindy E. Weinstein,**
**Acting Director**

NOV 27 2019
(Date Mailed)

Enclosures(s)

cc:
      **Rachel Head**
      **Vice President of Human Resources**
      **TENEO INC.**
      **44330 Mercure Circle**
      **Sterling, VA 20166**

      Cara Greene
      **OUTTEN & GOLDEN**
      **685 Third Ave.**
      **25th Floor**
      **New York, NY 10017**

 **Gmail**

Asad Gilani <asad.s.gilani@gmail.com>

---

## EEOC Determination

**Asad Gilani** <asad.s.gilani@gmail.com>      Thu, Dec 5, 2019 at 8:45 PM
To: "Greene, Cara" <CEG@outtengolden.com>
Cc: "Shah, Shan" <SShah@outtengolden.com>

Hi Cara and Shan,

Please see attach Right to Sue from EEOC.. Let me know what are the next steps. I am going to obtain full File from the Investigator

Thank You

---

📄 **Gilani vs Teneo EEOC Determination - Righ to Sue Letter - Dated.pdf**
1951K

EEOC Form 5 (11/09)

| | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>520-2019-04389 |

| | |
|---|---|
| **New York State Division Of Human Rights** | and EEOC |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Asad Gilani** | Home Phone<br>**(914) 224-8073** | Year of Birth<br>**1956** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **661 Bedford Road, ARMONK, NY 10504** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**TENEO, INC** | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **44330 Mercure Circle, STERLING, VA 20166** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☒ NATIONAL ORIGIN<br>☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest **01-01-2019** Latest **06-27-2019**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I was hired by Respondent on or about September 26, 2018 as a Solutions Engineer. I worked remotely from my home in New York. I allege I was subjected to unlawful discrimination on the basis of my race, (Asian-Middle East), national origin (Pakistan) religion (Muslim), age (63), disability, and retaliation. Respondent denied me promotion and training. I was subjected to harassment on the basis of my race, national origin, and religion. I was denied a reasonable accommodation for a disability that Respondent was aware of. I was discharged for engaging in a protected activity.

II. In July 2018 and again in December 2018, I informed Respondent's Chief Executive Officer that I was interested in the SD-WAN Practice Lead Position available. In January 2019, I was informed that Brett Ayers, a lesser qualified younger white, (non Muslim), British individual was selected. I allege that he has no experience needed for this position. I allege I was not selected because of my race, national origin, religion, and age.

III In or around February 2019, I was asked for and was denied cisco training needed for the job. I was again denied training on or around June 18, 2019. I allege similar situated individuals (Adam Start, Roman Doukov, and Dan Sobel), all outside of my protected class. received training. I allege Respondent denied me training on the basis of my race, religion, national origin, and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Asad Gilani on 07-01-2019 12:56 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION** | | ☐ FEPA | |
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☒ EEOC | 520-2019-04389 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

age.

IV. In or around February 2019, Respondent required me to lift computers. Respondent was at all times aware of my disability accommodation indicating that I could not lift. Despite this knowledge Respondent continued to require me to lift computers.

V. On or around March 29, 2019, Dan Sobel began to yell at me and said that he was a red neck. He referred to my religion calling me a Muslim. He also called me a Paki.

VI. On June 25, 2017, I engaged in a protected activity when I told Rachel Head (Human Resources) I was meeting with the Equal Employment Opportunity Commission (EEOC). I was terminated on or around June 27, 2019 for allegedly making a partner upset. Respondent's reason is pre-text for retaliation.

VII. I allege I was subjected to discrimination on the basis of race, national origin, religion, age, disability, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Asad Gilani on 07-01-2019 12:56 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# EXHIBIT – 2

## Asad Gilani

| | |
|---|---|
| **From:** | Steve Evans |
| **Sent:** | Friday, February 1, 2019 4:44 PM |
| **To:** | Asad Gilani; Brett Ayres; Piers Carey; Roy Wieland |
| **Cc:** | Lauren Fortune; Marc Sollars |
| **Subject:** | RE: Making it easier to do business in our home offices |

Very nice work Asad!  All those nights and weekends paid off!  This is exactly the kind of result we're looking for.  Thanks for your efforts!

Best Regards,
Steve

**STEVE EVANS**

**VP of Solutions Engineering**

**direct:**  +1 804 514 9295
**email:**  Steve.Evans@teneo.net
**web:**  www.teneo.net



Teneo Inc. Registered Office: 44330 Mercure Circle, Suite 260, Dulles, VA  20166

View our Privacy Policy



**TAKE OUR**
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

**From:** Asad Gilani
**Sent:** Friday, February 1, 2019 2:18 PM
**To:** Brett Ayres <BAyres@teneo.net>; Piers Carey <PCarey@teneo.net>; Roy Wieland <Roy.Wieland@teneo.net>; Steve Evans <Steve.Evans@teneo.net>
**Cc:** Lauren Fortune <lfortune@teneo.net>; Marc Sollars <msollars@teneo.net>
**Subject:** FW: Making it easier to do business in our home offices

This is LPL Internal Email send by Network Engineer. This email went from Jeff Peterson to all Technology Employees of LPL…

## ASAD GILANI
### Solutions Engineer

**direct:** +1 914 314 1799
**email:** Asad.Gilani@teneo.net
**web:** www.teneo.net





Teneo Inc, Registered Office: 44330 Mercure Circle, Suite 260, Dulles, VA  20166

View our Privacy Policy

**TAKE OUR SD-WAN WORKSHOP**
De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.

**GET THE SAMPLE AGENDA**

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

**From:** Jordyn Wisniewski <Jordyn.Wisniewski@lpl.com>
**Sent:** Friday, February 1, 2019 2:06 PM
**To:** # TECH - Employees <TECH-Employees@lpl.com>
**Subject:** Making it easier to do business in our home offices

The network engineering team spent much of last year working to improve the capabilities and resiliency of the network infrastructure our home office colleagues use every day to connect to each other, the internet and our data centers. What started as an effort to diversify our network traffic across two carriers expanded to include a complete modernization of our Wide Area Network (WAN) with software intelligence managing data quality, security, and resiliency.  That effort is now complete and I want to congratulate the entire team for all they did to make it easier for all home office electronic communication!

The first phase of implementation was upgrading our Boston office and data centers in Q2, 2018. Following a successful test, the Cleveland office was updated in Q3 followed by San Diego in Q4. After a brief delay due to hardware issues, the Fort Mill upgrade was completed in January. Now, all of our home offices are benefitting from the improved speed and resiliency of the network. In fact, we have had several network outages since the completion of this project and they have been transparent to business operations!

In positioning LPL's network for the future, there are several benefits that were adopted and we can expect as we move forward:
- Flexibility to make it easier to onboard acquisitions, integrate cloud services, and expand/contract bandwidth
- Enabler to completing the rollout of our BYOD program
- Greatly simplifies business continuity in the event of an office closure

Please join me in thanking the team for making this happen!

Jeff Peterson
LPL Financial
Vice President  |  Technology
Direct: (980) 264-8150

# EXHIBIT – 3

**Asad Gilani**

| | |
|---|---|
| **From:** | Peter Thornhill |
| **Sent:** | Wednesday, July 18, 2018 4:30 PM |
| **To:** | Steve Evans |
| **Subject:** | CEO Club |

Hi Steve,

I thought I'd drop you a quick note about Asad's recent contribution to my projects and to Teneo and to personally recommend Asad to be nominated for the CEO club this year. The recent projects Asad has managed include;

- BD – SD-WAN, Data Center migration, SteelCentral
- Bechtel – Viptela POC
- Hyster-Yale – VeloCloud/SilverPeak
- PPD – Dynatrace PC for CTMS

Asad has been deeply committed to provide my customers with support and consultative approach to their specific business needs. Despite the overwhelming amount of work that Asad has to do, he consistently finds ways to take the time to provide valuable updates on my projects.

Thanks,


**VP - Enterprise Accounts**

**direct:**  +1 703.212.3221
**mobile:** +1 703.732.6121
**email:**
**web:**


# TAKE OUR
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

# EXHIBIT – 4

**Asad Gilani**

| | |
|---|---|
| **From:** | Roy Wieland |
| **Sent:** | Friday, June 29, 2018 3:09 PM |
| **To:** | Steve Evans |
| **Cc:** | Piers Carey; Scott Gibson; Asad Gilani |
| **Subject:** | CEO CLUB Nomination - support |

Steve,

I would like to express my full support and nomination for Asad Gilani to attend the CEO CLUB.

Asad helped me close and deliver our first THREE SD-WAN Deals at COX MEDIA GROUP, LPL Financial, and Home Shopping Networks.

These deals included heavy services at great margins.

All customers are happy and will be future references for Teneo.

Asad and I have identified another 15 SD-WAN opportunities for upcoming new fiscal year.

A fine job for which he should be appropriately recognized..

Thanks.


**Senior Director - Enterprise Accounts**

**direct:**  +1 404 374 9261
**email:**
**web:**


ᘛᘚ    ᘓ ᖯ


# TAKE OUR
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right*
*technology, deployment and delivery model.*

# EXHIBIT – 5

**Asad Gilani**

| | |
|---|---|
| **From:** | Roy Wieland |
| **Sent:** | Friday, September 14, 2018 3:06 PM |
| **To:** | Steve Evans; Asad Gilani |
| **Cc:** | Piers Carey; Scott Gibson |
| **Subject:** | RE: Boston activation.... |

Great job Asad!

LPL Financial will be a great reference.

Also, they will have a three year software subscription renewal in March 2019.

In addition, I am sure they will need and request some addition PS for projects.

Nice.

**Senior Director - Enterprise Accounts**

**direct:**  +1 404 374 9261
**email:**
**web:**

LLI   LI

# TAKE OUR
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

**From:** Steve Evans
**Sent:** Friday, September 14, 2018 11:34 AM
**To:** Asad Gilani <Asad.Gilani@teneo.net>; Roy Wieland <Roy.Wieland@teneo.net>
**Cc:** Piers Carey <PCarey@teneo.net>; Scott Gibson <Scott.Gibson@teneo.net>
**Subject:** RE: Boston activation....

Asad,

Great customer feedback!  Nice job!  Good to hear that Viptela now has sub-second failover.

Best Regards,
Steve



**VP of Solutions Engineering**

**direct:**  +1 804 514 9295
**email:**
**web:**


ᴜᴜ   ᴎ7


**TAKE OUR**
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right*
*technology, deployment and delivery model.*

**GET THE SAMPLE AGENDA >>**

**From:** Asad Gilani
**Sent:** Friday, September 14, 2018 11:20 AM
**To:** Steve Evans <Steve.Evans@teneo.net>; Roy Wieland <Roy.Wieland@teneo.net>
**Cc:** Piers Carey <PCarey@teneo.net>; Scott Gibson <Scott.Gibson@teneo.net>
**Subject:** RE: Boston activation....

Steve and Roy,

This is the LPL internal email Nan forward me about LPL Boston Activation… It was a success…

Legacy Network fail over was 30-90 seconds. The New Viptela Network millisecond failover and no business Impact.

LPL Test/Validation was for 6 hours…

2

**Solutions Engineer**

**direct:**  +1 914 314 1799
**email:**
**web:**

**TAKE OUR**
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right*
*technology, deployment and delivery model.*

### GET THE SAMPLE AGENDA >>

**From:** Nana-Yaw Anim [mailto:Nana-Yaw.Anim@lpl.com]
**Sent:** Wednesday, September 12, 2018 1:48 PM
**To:** Asad Gilani <Asad.Gilani@teneo.net>
**Subject:** Fwd: Boston activation....

Sent from my iPhone

Begin forwarded message:

> **From:** Davy Bannister <Davy.Bannister@lpl.com>
> **Date:** September 9, 2018 at 7:27:13 PM EDT
> **To:** Jeff Peterson <Jeff.Peterson@lpl.com>, Nana-Yaw Anim <Nana-Yaw.Anim@lpl.com>,
> Heath Hayes <Heath.Hayes@lpl.com>, Ricardo Gutierrez Ochoa
> <Ricardo.GutierrezOchoa@lpl.com>, Cheryl Leoni <Cheryl.Leoni@lpl.com>, Thomas Ruddy
> <Thomas.Ruddy@lpl.com>, Allegra Morse Brannon <allegra.morsebrannon@lpl.com>
> **Cc:** Rajesh Sharma <Rajesh.Sharma@lpl.com>, Scott Seese <Scott.Seese@lpl.com>
> **Subject: Re: Boston activation....**
>
> Thank you all for the dedication and teamwork to accomplish this important milestone in our
> network modernization.
>
> Davy
>
>
> On: 09 September 2018 17:34,
> "Jeff Peterson" <Jeff.Peterson@lpl.com> wrote:

A big thanks the team and key stakeholders above for their dedication and long weekend investment to make our Boston network migration a success!

It was a long fought two days of implementation, testing, and validation that all came together to be a huge win.  The effort, and success of, was pivotal to meet FIT deadlines and position LPL in a better place for reliability/resiliency. Mission accomplished!

Again, I want to thank each and every one of you for your patience and support to pull this one off!  The old saying of "it takes a village" couldn't ring truer words in what I observed this weekend.


Jeff

FINRA  SIPC

# EXHIBIT – 6



Teneo Ltd, Units 20/21 Theale Lakes Business Park
Moulden Way, Sulhamstead, Berkshire RG7 4GB

T: +44 118 983 8600
F: +44 118 983 8633

info@teneo.net
www.teneo.net

12th October 2018

Asad Gilani
661 Bedford Rd
Armonk
NY
10504

Dear Asad,

At your recent, successful annual performance review you received a performance score of 3.7. Employees who received a score of between 3.7 and 3.89 will be awarded a 4% salary increase. I am therefore pleased to confirm that your salary will increase by 4% to $182,104 with effect from 1st October 2018.

Your remaining terms and conditions are unchanged.

Thank you for all your hard work and the contribution you made to Teneo's performance in the financial year.

Yours sincerely,

Rachel Head
VP of Human Resources

# EXHIBIT – 7

QUARTERLY EMPLOYEE REVIEW TEMPLATE

# Performance Review Summary: Asad Gilani

## Overview

STATUS Complete
REVIEW CYCLE **Q1 2018-2019 Performance Cycle**
COMPLETED Oct 19, 2018

## Due Dates

OVERALL DUE Oct 15, 2018

# Reviewee Answers

## Review Writers

## PERFORMANCE OBJECTIVES

**Initiate at least 1 SD-WAN PoC**

**Hyster Yale - Velocloud and Silver Peak**
**Weight: 0.9%**

> Rate your performance against your objectives on the following scale:

> **Asad Gilani**

> 5 - Far Exceeds Standards

> Please provide examples of your work to support your rating.

> **Asad Gilani**

> No response from Asad Gilani

**SD-WAN Ambassador Certification**

**Complete SD-WAN Ambassador Certification**
**Weight: 92.6%**

> Rate your performance against your objectives on the following scale:

> **Asad Gilani**

> 5 - Far Exceeds Standards

> Please provide examples of your work to support your rating.

> **Asad Gilani**

> No response from Asad Gilani

**Cisco Certification**

**Weight: 0.9%**

> Rate your performance against your objectives on the following scale:

**Asad Gilani**

3 - Meets Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

No response from Asad Gilani

## SD-WA PoC - Canaccord Genuity - Viptela

**The initial Design has been completed. The Equipment list is provided to the customer. Customer wil initiate in October**
**Weight: 4.6%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

5 - Far Exceeds Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

Design and Implemented SD-WAN, and Visibility as a Service. Introduced Silver Peak to Teneo

## Althene - SteelConnect and Viptela PoC

**We had provided the initial information to the customer. We were about to start the PoC with both SteelConnect and Viptela. Customer decided to work with the manufacture on PoC. I feel and have hope it will come back to us**
**Weight: 0.9%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

5 - Far Exceeds Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

I am the only on in Teneo sold 4 Viptela SD-WAN and Implemented three SD-WAN . Develop SD-WAN Process.

SUMMARIZED RATING

Total **4.6**

Asad Gilani:  **4.6**

## Review Writers

# PERFORMANCE OBJECTIVES

### Initiate at least 1 SD-WAN PoC

**Hyster Yale - Velocloud and Silver Peak**
**Weight: 0.9%**

Rate your employee's performance against their objectives on the following scale:

**Steve Evans**

5 - Far Exceeds Standards

Please provide examples of your employee's work to support your rating.

**Steve Evans**

Asad started 3 POC's during the quarter which far exceeds the objective goal.

### SD-WAN Ambassador Certification

**Complete SD-WAN Ambassador Certification**
**Weight: 92.6%**

Rate your employee's performance against their objectives on the following scale:

**Steve Evans**

3 - Meets Standards

Please provide examples of your employee's work to support your rating.

**Steve Evans**

Certification completed.

### Cisco Certification

**Weight: 0.9%**

Rate your employee's performance against their objectives on the following scale:

**Steve Evans**

2 - Below Standards

**Please provide examples of your employee's work to support your rating.**

**Steve Evans**

When asked, Asad had said he would be able to get this done. In the last week of the quarter he said he studied for the wrong exam and could not get it completed.

### SD-WA PoC - Canaccord Genuity - Viptela

The initial Design has been completed. The Equipment list is provided to the customer. Customer will initiate in October
Weight: 4.6%

Rate your employee's performance against their objectives on the following scale:

**Steve Evans**

3 - Meets Standards

**Please provide examples of your employee's work to support your rating.**

**Steve Evans**

Design has been done for the POC and is in a holding pattern but we hope they will come back to us to do it.

### Althene - SteelConnect and Viptela PoC

We had provided the initial information to the customer. We were about to start the PoC with both SteelConnect and Viptela. Customer decided to work with the manufacture on PoC. I feel and have hope it will come back to us
Weight: 0.9%

Rate your employee's performance against their objectives on the following scale:

**Steve Evans**

3 - Meets Standards

**Please provide examples of your employee's work to support your rating.**

**Steve Evans**

Asad has provided the customer with what was needed to move to POC and we expect they will look to use for delivery and services.

SUMMARIZED RATING

**Total 3.2**

**Steve Evans:  3.2**

# EXHIBIT – 8

QUARTERLY EMPLOYEE REVIEW TEMPLATE

# Performance Review Summary: Asad Gilani

## Overview

STATUS Complete
REVIEW CYCLE **Q2 2018-2019 Performance Cycle**
COMPLETED Jan 22, 2019

## Due Dates

OVERALL DUE Jan 19, 2019

# Reviewee Answers

## Review Writers

# PERFORMANCE OBJECTIVES

**Althene - SteelConnect and Viptela PoC**

Services
**Weight: 25.0%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

5 - Far Exceeds Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

Provided the Technical information

**Hyster Yale - SD-WAN Sale and Services**

**By December Hyster Yale will decide which solution they want to move forward VeloCloud or Silver Peak**
**Weight: 25.0%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

5 - Far Exceeds Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

Completed VeloCloud Pilot

**Renew RCSA-NPM Certification**

**Weight: 25.0%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

3 – Meets Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

Unable to handle multiple technologies...

## Initiate at least 2 new SD-WAN PoC

## Weight: 25.0%

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

5 - Far Exceeds Standards

**Please provide examples of your work to support your rating.**

**Asad Gilani**

POC and Deployments of LPL and HSN SD-WAN

SUMMARIZED RATING

Total **4.5**

Asad Gilani:  **4.5**

## Review Writers

# PERFORMANCE OBJECTIVES

### Althene - SteelConnect and Viptela PoC

**Services**
**Weight: 25.0%**

**Rate your employee's performance against their objectives on the following scale:**

**Steve Evans**

3 - Meets Standards

**Please provide examples of your employee's work to support your rating.**

**Steve Evans**

He provided the technical information but the POC's did not start during the quarter.

### Hyster Yale - SD-WAN Sale and Services

**By December Hyster Yale will decide which solution they want to move forward**
**VeloCloud or Silver Peak**
**Weight: 25.0%**

**Rate your employee's performance against their objectives on the following scale:**

**Steve Evans**

5 - Far Exceeds Standards

**Please provide examples of your employee's work to support your rating.**

**Steve Evans**

Asad did a great job running 2 POC's at Hyster Yale, one for Velocloud and the other for Silver Peak. He spent many hours on weekends doing cut-overs during change windows and ensured they had everything they needed to be successful. They are expected to chose one of those solution based on this work.

### Renew RCSA-NPM Certification

**Weight: 25.0%**

> **Rate your employee's performance against their objectives on the following scale:**
>
> **Steve Evans**
>
> 2 - Below Standards
>
>
> **Please provide examples of your employee's work to support your rating.**
>
> **Steve Evans**
>
> Did not complete the certification agreed upon.
> Asad's comment:
> Unable to handle multiple technologies.

## Initiate at least 2 new SD-WAN PoC

**Weight: 25.0%**

> **Rate your employee's performance against their objectives on the following scale:**
>
> **Steve Evans**
>
> 5 - Far Exceeds Standards
>
>
> **Please provide examples of your employee's work to support your rating.**
>
> **Steve Evans**
>
> Asad spent significant time on LPL Financial and HSN ensuring they successfully
> implemented Viptela and also driving 2 POC's at Hyster Yale, one for Velocloud and
> another for Silver Peak. This included in-depth design, migration planning, and much more.

**SUMMARIZED RATING**

**Total 3.8**

**Steve Evans:  3.8**

# EXHIBIT – 9

QUARTERLY EMPLOYEE REVIEW TEMPLATE

# Performance Review Summary: Asad Gilani

## Overview

STATUS Complete
REVIEW CYCLE **Q3 2018-2019 Performance Cycle**
COMPLETED Mar 27, 2019

## Due Dates

OVERALL DUE Apr 02, 2019

**Total 4.0**

**Brett Ayres: 4.0**

Performance Review for Asad Gilani : Teneo Group on Namely

# Reviewee Answers

## Review Writers

## PERFORMANCE OBJECTIVES

**• Train US SD-WAN Sales Overlay on our 3 focus SD-WAN technologies (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)**

**Train US SD-WAN Sales Overlay on our 3 focus SD-WAN technologies (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)**
**Weight: 25.0%**

### Complete required training

Rate your performance against your objectives on the following scale:
**Asad Gilani**
No response from Asad Gilani

Please provide examples of your work to support your rating.
**Asad Gilani**
No response from Asad Gilani

**• Work with SD-WAN Practice Team to define approach for Workshops, Pilots, Migrations**

Work with SD-WAN Practice Team to define approach for Workshops, Pilots, Migrations
**Weight: 25.0%**

### Define TSIP overview process

### Create guide and level 2 proocesses witrh SD-WAN team

Rate your performance against your objectives on the following scale:

**Asad Gilani**

No response from Asad Gilani

**Please provide examples of your work to support your rating.**

**Asad Gilani**

No response from Asad Gilani

**Maintain SD-WAN certifications and stay up to date with developments with our 3 focus vendors (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)**

**Weight: 25.0%**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

No response from Asad Gilani

**Please provide examples of your work to support your rating.**

**Asad Gilani**

No response from Asad Gilani

**Initiate new SD-WAN PoC as required by Sales**

**NOTE: Link $1000 bonus if completed**
**Weight: 25.0%**

**First Advantage PoC**

**Rate your performance against your objectives on the following scale:**

**Asad Gilani**

No response from Asad Gilani

**Please provide examples of your work to support your rating.**

**Asad Gilani**

No response from Asad Gilani

## Review Writers

# PERFORMANCE OBJECTIVES

**• Train US SD-WAN Sales Overlay on our 3 focus SD-WAN technologies (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)**

**Train US SD-WAN Sales Overlay on our 3 focus SD-WAN technologies (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)**
**Weight: 25.0%**

### Complete required training

**Rate your employee's performance against their objectives on the following scale:**
**Brett Ayres**
4 - Exceeds Standards

**Please provide examples of your employee's work to support your rating.**
**Brett Ayres**
We did not hire an SD-WAN overlay for the US. However, Asda has worked with Adam and US SE team on SD-WAN opps and also created some training material around Meraki.

**• Work with SD-WAN Practice Team to define approach for Workshops, Pilots, Migrations**
**Work with SD-WAN Practice Team to define approach for Workshops, Pilots, Migrations**
**Weight: 25.0%**

### Define TSIP overview process

### Create guide and level 2 proocesses witrh SD-WAN team

**Rate your employee's performance against their objectives on the following scale:**
**Brett Ayres**
4 - Exceeds Standards

**Please provide examples of your employee's work to support your rating.**

**Brett Ayres**

Excellent contribution to the process and some good work on the TSIP document. Level 2 will be worked on in Q4

## Maintain SD-WAN certifications and stay up to date with developments with our 3 focus vendors (Cisco SD-WAN, Unity EdgeConnect & SteelConnect)

**Weight: 25.0%**

**Rate your employee's performance against their objectives on the following scale:**

**Brett Ayres**

4 - Exceeds Standards

**Please provide examples of your employee's work to support your rating.**

**Brett Ayres**

Up to date will all certs and haqs also started work on Meraki and already put a recommendation to a customer (118 118) for a solution with $145k GP

## Initiate new SD-WAN PoC as required by Sales

**NOTE: Link $1000 bonus if completed**
**Weight: 25.0%**

### First Advantage PoC

**Rate your employee's performance against their objectives on the following scale:**

**Brett Ayres**

4 - Exceeds Standards

**Please provide examples of your employee's work to support your rating.**

**Brett Ayres**

PoC for - First Advantage, Connect for Health. Also supporting Cook's Medical with deployment issues

SUMMARIZED RATING

Performance Review for Asad Gilani : Teneo Group on Namely

# Performance Summary

Performance Rating

4.0

Performance Note

Thank you for your contribution this quarter. You help with the development of the TSIP has been key to moving the SD-WAN processses forward.

# EXHIBIT – 10

---------------------------------------------------------------------------------------------

1. MR. EVANS:          Hello – Asad

2. << MR. EVANS  speaking very relax >>

3. MR. GILANI:          My computer is bad, the analog is bad

4. MR. EVANS:             What Analog

5. MR. GILANI:             My speaker is bad on the Computer

6. MR. GILANI:             I can hear you but you cannot not –

7. You cannot hear me, What is up. Hi Rachel

8. MR. EVANS:          Is Rachel on

9. MR. HEAD:          I am on Steve, Hi Asad

10. MR. GILANI:          Hi How are you Rachel

11. MR. HEAD:          I am fine Thank You

12. MR. GILANI:          What is up?

13. MR. EVANS:          Yeah what I wanted to do Asad was get

14. Rachel on the line to go over verbally her internal

15. Investigation of your complaint before she gave it

16. to you in writing.  So I go over give it to Rachel

---------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------

17. S. HEAD:  After your email on the 18th of June and our call couples

18. of days later. I have taken your complaint very seriously and the

19. allegations like this something that Teneo is very concerned about. I want to give

20.          you feedback what I found out after the call. So first I will give in the writing as

21.     well but wanted I wanted to give verbally first.

22. MS. HEAD:  The first feedback is that I spoke with DAN SOBEL

23. and he has admitted raising his voice during the argument and

24. appreciate this

25. is unacceptable. He also recalls describing as Redneck as couple of

26. months later

27. he told you that what he was in the context he had conversation he

28. ..... Outside work, he said he liked the out doors  and he did not realize  that this

29. label was associated with anything other original definition .

----------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

30. [See Exhibit AG-1 and

31. MS. HEAD:  I do not see discriminatory however we are going to be

32. taking action that he raise his voice and use the term used the term (REDNECK).

33. MR. GILANI:      He also called me Pakistani right, he also called

34.              called me PAKI right,  so I think the question is he also called me PAKI

35.  MS. HEAD:      Hey you did not tell me that

36. MR. GILANI:      I worked with Steve and you can he is sitting

37.  there he has never raised his voice, nobody has raised with each other

38.  we have always communicated and this was a shock to me where I can tell

39.  you it was very demining to me being Pakistani and telling me that he is a  3.

40.      Redneck and he is yelling his voice and abusing on me. I take that very seriously

41.  MS. Head:  ..........

42. MR. GILANI:      I really do not to be honest  with you Steve

---------------------------------------------------------------------------------

43.and I had many different arguments we always talked about it. The question is

44.. that  talk over … This is nothing to do with  this what started was Piers gave me

45.. some project at Cook's Medical and that was I was working on it and he got very

46..angry that I am taking over I actually asked Steve to give it to him

47.. in the return I was asking him I was furious I like , I am still do not, I still cannot

48. believe it. How he yelled at me and how he treated me and how he treated me

49.and he knew what is the Redneck in US means it is a very raciest term  right

50.he is not a kid

51.MS. HEAD:  Ok, just to confirm Asad I agree with you,  that some one

52.to raise his voice and with a colleague and therefore we are going to take action

53.to relation to that. Calling himself a Redneck that something that again

54.that again make you feel un-comfortable we will be taking some action on

55.The only thing I would say couple months down the line [He said on April 3, 2019]

56.    and when you said he called you another name I have not you have not tme

---------------------------------------------------------------------------------

Gilani/ Termination recording True Transcript June 26, 2019

------------------------------------------------------------

57. that at all.

58. MR. GILANI:      It is a same time, yes, it is a same time

59. I agree your investigation, if he has not told you but I take it very seriously

60. because I for work, I am 62 years old, I am not a young man, I have worked

61. here 41 years. I have been here 41 years and I keep my eyes and ears open.

62. right so that is all.

63. MS. HEAD:      We accept that this is not comfortable situation

64. for you.  We will be taking some action that was the first point.

65. MS.HEAD:          The second point you raised with me that

66. in relationship with Brett discrimination with you on two separate occasion

67. following request for Cisco Live and subsequently in relation to Silver Peak

68. road map day.  I investigated that I know that but he declined your request  because it was

69. too expensive.  Adam Start and Roumen they went to

70. similar event but tickets were free so that was the reason why they were

71.able to go not you, therefore that is not discrimination.

72.MR. GILANI:      No that is because I think what happen

73.we had the call with Steve with the Road Map the Customer a Vendor came back

74.         and they said that he is registered with Dan Sabol. Where I had no clue about

75.that.

76.MS. HEAD:      It is separate thing.

77.MR. GILANI:      No no this is the part of training right

78.so hold down,  so Rachel it is not two events it is one event. One event is ok

79.is training. **The discrimination is providing me the TRAINING.**

80.MS. HEAD Speaking over MR. Gilani

81.<< MS. HEAD Speaking over Mr. Gilani>>

82. MS. HEAD:      It is about technical road map they are....

---------------------------------------------------------------------------------------------------------

83.MR. GILANI:        Interjected, no, no, no, you are not hearing me. What I am

84.saying that he was registered [ Eluding to Mr. Ayers]. If we did not had money  he

85.and Dan Sobel are registered [AG-Notes – Gavin]  to go to Santa Clara  is not that I

86.go to Silver Peak. The question is basically  discrimination not providing me

87.opportunity to the training . Roumen went there,  Dan Sobel is going there,

88. Brett

89.is going there that I feel I disagree with you guys  that is the discrimination

90.against  the training.

91.     MS. HEADS:        Ok fair enough.  You disagree right by me.
92.because you did not go to Ciscolive because of the cost.  The Silver Peak Technical

93.Technical Roadmap …. The opportunity for Dan and Brett it is come in the future

94.is not they get to go because they need the development and **you had years of**

95.**experience" and you know all.**

-----------------------------------------------------------------------------------------------------

96. MR. GILANI:      Rachel, Rachel lets not take to that way. I disagree

97. with your commentary. The question is you have to hear me out

98. It is discrimination as simple as that Teneo denied, Teneo denied opportunity to me to be

99. learned and they are doing it to the white people. That something is

100.   a key and I am being very honest about it whether you agree or not agree

101.   that is fine with me. Right.

102.   <<< MS. HEAD'S SHOWS SOME TENTION IN HER VOICE>>>

103.   MS. HEAD:   So we have to agree to disagree Asad my

104.   Findings are not discriminations

105.   MR. GILANI:        I know what I am saying it is your decision but the

106.   key is going to I have put this forward to EEOC they will come back to you and

107.   they will talk to you that is all.

-----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

108.  MS. HEAD:   I understand that and I wish you the best

109.  today request we get from the EEOC and understand and we will corporate

110.  it. I will certainly tell them my side of the findings and I appreciate it

111.  but they will come to their own conclusion. I ... bit saying what my

112.  conclusions are.

113.  MR. GILANI:        That is ok.

114.        MS. HEAD:    Yes Ok.
115.  MS. HEAD:   So moving to the Third point  you made , actually

116.  you made complaint after the call.  You said that Steve Evans has discriminated

117.  against you he is on the call I know,  in relation to your disability.

118.  so I understand  he checking in with you weather you could

119.  life, first of all when you spoke to me you said , he is asked you

120.  to life the equipment. My understanding is he asked you status of

121.  injury herniated disc to establish weather you were to life it

-----------------------------------------------------------------------------------------

122.   when you said you were not he made alternative  arrangements. So I do believe

123.   it represent disability discrimination.

124.   MR. GILANI:        That is your findings ... I think the question is

125.   I would not agree with you  the question I have reported that to what you

126.   call to the EEOC

127.   MS. HEAD:   SO

128.        MR. GILANI:   Go ahead

129.        MS. HEAD: …. I standard again... if they ask me about

130.   I will tell them why I find as I did. …. … If they decide it actually

131.        MS. HEAD:  The fourth point is that you made a complaint

132.   of conduct of Steven Webreck and Nick Malone  and they were not complaints

133.   of discriminatory conduct and I still asked their manager  to investigate and take

134.   action …. Accordingly. You told me about this that Steven's language is the

-----------------------------------------------------------------------------------------

135.   behavior and relationship..... and he require the allegation about

136.   Nick Malone we need to take action. But I do not believe that is discrimination

137.   <<<< Nick Malone brought Garnet's contact info in Teneo>>

138.   MR. GILANI:          I am not talking about the discrimination

139.   that was the point where Steve Webreck I was talking about is and I met him

140.   there was a gentleman Mike Lefarmenta some body when I went from

141.   there to Silver Peak to meet Scott and I talked to him how is your meeting

142.   with Riverbed and he said as I told you that he said he was a "DICK HEAD" right

143.   The question is that he has to develop a relationship not me.

144.   MS RACHEL:          Absolutely. You raised this on a conversation

145.   we take this very seriously, we mean all of our employees behave in a

146.  Professional fashion and uphold our reputation and not underline our

147.  Values. Taking your point you raised about Steven and the point you raised

148.  about Nick

149.  MR. GILANI:          Nick to be honest with you. I am exited

150.  taking Nick everywhere and just he put me on the stab on the back

151.  is called discrimination or not discrimination I have done with any

152.  body I have to be honest with you with Teneo. I feel that

153.  because he is from south, he reacted that way, he feels that way

154.  Steve is from there you are from England, Roy is from there

155.  never said anything like that. He has been here only two months

156.  not even a month and I am giving him all the contacts

157.  and walking him thru and he is putting my reputation. I personally

158.  believe if that is the case and there was another one right. There was last one.

159.  MS: RACHEL:          And what was last one

160.        MR. GILANI:  The last one was that I asked Piers

    161.   If he gives me the SD-WAN Team Lead position and he said he will

162.   get back to me and he never did and he gave it to what you call.

163.        MS. RACHEL:        OK

164.   MR. GILANI:        He have it to what you call Brett Ayers

165.   Brett Ayers. Brett has no clue of has no experience on the SDWAN side

166.   he comes from the different side so. I feel I have been discriminated on

167.   that is all.

168.   MR. RACHEL:        You do not raised this point originally

169.   with me Asad. If you feel uncomfortable I will look into that one as well.

170.   when EEOC comes back to me about at that point I will give them my

171.   point of view.

172.   MR.GILANI:        Exactly. I am not putting any other

173.   point, the other thing happen. That last week all of a certain

174.   all meetings start cancelling. You mean that I told you it should not

175.   cancelled. This might metalized, this might not materialized that

176.   this what every stuff but I do not think my work should be impacted

177.   I am the question is that. I had problems for two years this admn

178.   back

179.   back and fourth right.  You know that it is right. You are aware that

180.   in two

181.   years I have not taken a day off and these three days I told you

182.   take , Rachel you can take my PTO.

183.   MS. HEAD:   Yes, yes absolutely. As far as we are

184.   concern you are off sick, you are entitled,  We recognize that

185.   MR. GILANI:       That something I have not absued

186.   when every I have to go and do the work what ever the work is. I was little

187.   bit shocked with this whole thing that is all.

188.   MS. HEAD:   I understand, I understand Asad

189.   MR. GILANI:       I hope we can work out that is all

190.   MS. HEAD:   FOUR points of discrimination

191.   and one complaint of other ... of conduct... as I said  I will gave you

192.   the feedback and I appreciate you bring in... for your Charge of EEOC

193.   and I will corporate with them any they might undertake that is

194.   irrespective of my findings and I will look into that and will  corporate

195.   with them

196.   that concludes my findings from the investigation and now

197.   I want to handover to Steve. Separate form this he now

198.    needs to talk to you about

199.   complaint about relation to your own conduct.

200.   MR. EVANS:        Exactly

201.   MR. EVANS:        On our last call that you said to key partners

202.   or damaging to our relationship

203.   MR. GILANI:       I have never said anything to key Partners

204.   Steve, Steve, Steve, I have not said anything to key partners

205.  MR. EVANS:          Yes, so  You justified what you said but , it

206.  not acceptable...

207.  MR. GILANI:         I never said anything to the key partners

208.  you, you are not listing my voice, Steve, Steve, You are not listing..

209.  hold on, hold on, I am going to drop it off. You are just not listing

210.  I have not said anything to any of your key partners OK.

211.  MR. EVANS:          I am going to turnover to Rachel to explain

212.  details

213.  MR. GILANI:         You are not listing, you are not listing. That

214.  that is ok.  This one I will bring up to, add to the EEOC. That is the
      retaliation

215.  go ahead.

216.  MS. HEAD:   Ok,  Asad as Steve said, we are terminating your

217.  employment affect from today.

# EXHIBIT – 11

## Asad Gilani

**From:** Asad Gilani
**Sent:** Friday, November 2, 2018 10:20 AM
**To:** Stephanie Hickam
**Cc:** Steve Evans
**Subject:** FW: [Teneo] Update: Our SD-WAN is completely down

Stephanie,

I received the following email from Imprivata Director this morning .

Is this what Teneo call SD-WAN Managed Service?

**From:** Jesse Myers [mailto:jmyers@IMPRIVATA.com]
**Sent:** Friday, November 2, 2018 6:45 AM
**To:** PUBLIC - Support <support@teneo.net>
**Cc:** Asad Gilani <Asad.Gilani@teneo.net>; Sean Cartin <sean.cartin@riverbed.com>; IT Network and Security <ITNetworkandSecurity@IMPRIVATA.com>; Ted Lambert <Ted.Lambert@riverbed.com>
**Subject:** RE: [Teneo] Update: Our SD-WAN is completely down

Embarrassing.  In over 30 years in IT I've never seen such complete incompetence or total disregard from a foundational system and service provider.  Everyone at Teneo and Riverbed should be absolutely ashamed.

---

### Jesse Myers
*Director, World Wide IT Infrastructure and SaaS Operations*

📞 **781-761-2690**
📠 **+1 860-839-4956**
🌐 **www.imprivata.com**



---

**From:** support@teneo.net <support@teneo.net>
**Sent:** Friday, November 02, 2018 6:13 AM
**Cc:** Asad Gilani <asad.gilani@teneo.net>; Sean Cartin <sean.cartin@riverbed.com>; IT Network and Security <ITNetworkandSecurity@IMPRIVATA.com>
**Subject:** [Teneo] Update: Our SD-WAN is completely down

## Please type your reply above this line -##

You are registered as a CC on this support request (https://support.teneo.net/hc/requests/83116).
Reply to this email to add a comment to the request.

---

 **Will Riccalton** (Teneo)
2 Nov, 10:13 GMT

1

# EXHIBIT – 12

# Asad Gilani

**From:** Steve Evans
**Sent:** Thursday, April 18, 2019 3:23 PM
**To:** Asad Gilani
**Cc:** Brett Ayres; Paul Downing
**Subject:** Sedgewick

Hi Asad,

We are in need of your help with the Sedgewick account.  The account is at risk because we have not provided a replacement for Justin to help them and Brett says you are the best man for the job.  Can you, Paul and I have a call today to bring you up to speed on what is needed?  Basically, they have two 1-hour calls each week to update on what they are doing with regards to getting their SD-WAN working.  Gary Marsh is supporting them from Riverbed but we need a Teneo presence as well and we would probably want a call with him as soon as possible to get the latest from him.  Damon and Mike have been on the calls, but are only really able to support them on their visibility questions.  They need someone who understands routing etc.

I'm not sure yet exactly what they want us to help with so we'll need to be flexible.  I will also join the calls to help out in case there are SteelHead questions you do not know.  I don't know if SteelConnect will do the job for them, we will see I guess.  But one important note is that we want to be very careful not to imply that SteelConnect should not have been chosen for their SD-WAN since we did recommend and sell it based on information provided at the time.  However, if they come to the decision on their own that they are moving to something else, since we'll be showing a lot of value on the calls, we would surely be involved.

Thanks,
Steve

**STEVE EVANS**
## SVP Solutions Engineering

**direct:** +1 804 514 9295
**email:**  Steve.Evans@teneo.net
**web:** www.teneo.net



Teneo Inc. Registered Office: 44330 Mercure Circle, Suite 260, Dulles, VA  20166

View our Privacy Policy

# EXHIBIT − 13

## Asad Gilani

| | |
|---|---|
| **From:** | Asad Gilani |
| **Sent:** | Wednesday, April 24, 2019 3:04 PM |
| **To:** | Steve Evans; Asad Gilani |
| **Subject:** | Conversation with Steve Evans |

**Asad Gilani 1:41 PM:**
  are you on the Sedgwick call
  or it is at 2:30
**Steve Evans 1:42 PM:**
  I think it is at 2:30 our time
**Asad Gilani 1:42 PM:**
  got it
  Thanks
**Asad Gilani 2:08 PM:**
  i have another meeting at 3:00 - I will be on from 2:30 - 3:00 only
**Steve Evans 2:24 PM:**
  ok.  I would just let them know that due to the time change, you had another call scheduled...
**2:24 PM** Connected to Steve Evans (sevans@teneo.net).
**2:30 PM** Call with Steve Evans (sevans@teneo.net) has ended. Duration: 0:05:21
**Asad Gilani 2:33 PM:**
  no one on the call yet
**Asad Gilani 2:36 PM:**
  no one talking
**Steve Evans 2:59 PM:**
  I would just drop off...I'll explain you had a call if needed
**Asad Gilani 2:59 PM:**
  no it is tommrrow . i can stay until 3:30
**Steve Evans 2:59 PM:**
  oh, ok
  This sounds ugly
**Asad Gilani 3:00 PM:**
  yep
**Steve Evans 3:00 PM:**
  L)
  :)
**Asad Gilani 3:00 PM:**
  I need to have a call with FIS Team to really understand

# EXHIBIT – 14

**Asad Gilani**

| | |
|---|---|
| **From:** | Asad Gilani |
| **Sent:** | Friday, May 31, 2019 2:28 PM |
| **To:** | Jeff McCance; Paul Downing |
| **Subject:** | FW: Sedgwick Status Update |
| **Attachments:** | RE: FISGlobal Report ; Sedgwick SD-WAN Pilot Presentation ; Sedgwick SteelConnect Pilot Review |

I did not copy you guys... But here it is

**From:** Asad Gilani
**Sent:** Friday, May 31, 2019 1:53 PM
**To:** Piers Carey <PCarey@teneo.net>
**Cc:** Brett Ayres <BAyres@teneo.net>; Matt Lukash <MLukash@teneo.net>; Steve Evans <Steve.Evans@teneo.net>
**Subject:** Sedgwick Status Update

Piers,

As per our discussion following is the status update on Sedgwick.

**Face to Face meeting with Sedgwick:**
1. At our meeting David Huber asked what is our thoughts I told him that I understand the painful Pilot for Over two Years.
2. David Huber agreed and said that he has asked FID Global to provide the findings and he will share with us as Confidential (Report attached)
3. David Huber mentioned Riverbed SteelConnect is impacting their business in rolling out SD-WAN asked our suggestion. In addition he mentioned that they have already done Meraki Teleworker Pilot and it was successful.
4. They were unhappy that Once Justin left there was no other resource was assigned!.
5. He asked us to look into alternatives... May be Viptela might be the right choice or VeloCloud – David mentioned that he wants to move towards Cisco...

**Projects on-hand:**
   .
6. Sedgwick Riverbed SteelConnect (SD-Ready and SDI-5030 Cluster) Project for 136 Branches and 3 Data Center
   a. Only One DC and three to Four Branches are implemented.  (Only two Site Types)
   b. 12 to 13 more Site I identified needs to be implemented to call this Pilot a Successful.
   c. Issues: SDI-5030 Cluster Issue. Now it is resolved.
7. Teleworker Steel Connect Project
   a. Currently 16 Users connecting using SDI1-130 connecting to Data Center.
   b. *Issues: Took 3 to 4 Months of time to resolve the issue. Mix of Sedgwick Firewall and SDI-5030. Waiting for RCA from Riverbed.*
   c. Sedgwick did the Pilot using Meraki and it was successful. On the Call David Huber mentioned that they have to make a decision before June to Go with Meraki or SteelConnect.  If successful they might Rollout to Call Center Agents (3000)
8. VeriClaim 62 Sites will follow Sedgwick Site Types
   a. On-hold until Pilot is successful.
9. Lindsey and Cunningham
   a. On-hold until Pilot is successful

**Assessment :**

- The Sedgwick Pilot  (procured in 2016) is in early stages... I can think like 15% - ......  (Sedgwick SD-WAN Pilot Presentation)
- We reviewed the Gap with Riverbed a week before and they agreed, but no one documented.
- As they require FULL MESH Between all sites (265) sites. Each device will require to handle 530 Tunnels – Current Release of 2.11 – Tunnel Capacity is 250, 2.12 Release is 450. Plus it also depends on the Traffic Policies....
- David Hubert  mentioned on the call with Riverbed that They have to make a decision before June to move with Meraki or SteelConnect.


If we do go and complete the Pilot/Test/Validate it will take us at 2 to three months.

## Asad Gilani

**To:**         Steve Evans; Piers Carey
**Cc:**         Brett Ayres; Matt Lukash
**Subject:**    RE: Sedgwick Status Update

Steve,

I am in agreement. The good thing

**From:** Steve Evans **Sent:** Friday, May 31, 2019 10:23 PM

Hi Asad,

Thanks for that update.  Very encouraging!  Hopefully SteelConnect will work for them.  Please keep us updated.   I read through the FIS presentation and they are definitely trying to cover themselves but it sounds like it won't matter for them.  They are on the outs.  But this is our time to shine!

Steve

STEVE EVANS

**SVP Solutions Engineering**

**direct:**  +1 804 514 9295
**email:**   Steve.Evans@teneo.net
**web:**     www.teneo.net



Teneo Inc, Registered Office: 44330 Mercure Circle, Suite 260, Dulles, VA  20166

View our Privacy Policy



This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

**From:** Asad Gilani
**Sent:** Friday, May 31, 2019 6:12 PM
**To:** Piers Carey <PCarey@teneo.net>
**Cc:** Brett Ayres <BAyres@teneo.net>; Matt Lukash <MLukash@teneo.net>; Steve Evans <Steve.Evans@teneo.net>
**Subject:** RE: Sedgwick Status Update

Piers,

Another Update… Just received a call from Sedgwick on the following items:

1. Sedgwick wants to make Riverbed Solution Work.
2. Riverbed has RCA (Root Cause Analysis) by next Wednesday and will have a patch to fix this issue.
3. Meraki Pilot was done by FIS Global as they are Cisco Partner and they buy all the equipment from Cisco. FIS Global is all certified by Meraki. Sedgwick IT was not involved.  In addition, in December 2020, FIS Global Contract is finished and they will be releasing FIS Global or bringing in-house or looking for another partner.
4. Meraki  Remote SD-WAN devices and Riverbed devices are same price except 50K more for Meraki Headend.   Solution was 50K more expensive
5. May be they will request FIS Global to do the Meraki Pilot again with Sedgwick IT to ensure the recommendation of Riverbed or Meraki by Sedgwick IT.



ASAD GILANI

**Solutions Architect**

**direct:** +1 914 314 1799
**email:** Asad.Gilani@teneo.net
**web:** www.teneo.net

Teneo Inc. Registered Office: 44330 Mercure Circle, Suite 260, Dulles, VA  20166

View our Privacy Policy



This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

**From:** Asad Gilani
**Sent:** Friday, May 31, 2019 1:53 PM
**To:** Piers Carey <PCarey@teneo.net>
**Cc:** Brett Ayres <BAyres@teneo.net>; Matt Lukash <MLukash@teneo.net>; Steve Evans <Steve.Evans@teneo.net>
**Subject:** Sedgwick Status Update

Piers,

As per our discussion following is the status update on Sedgwick.

<u>**Face to Face meeting with Sedgwick:**</u>
1. At our meeting David Huber asked what is our thoughts I told him that I understand the painful Pilot for Over two Years.

2. David Huber agreed and said that he has asked FID Global to provide the findings and he will share with us as Confidential (Report attached)
3. David Huber mentioned Riverbed SteelConnect is impacting their business in rolling out SD-WAN  asked our suggestion. In addition he mentioned that they have already done Meraki Teleworker Pilot and it was successful.
4. They were unhappy that Once Justin left there was no other resource was assigned!.
5. He asked us to look into alternatives... May be Viptela might be the right choice or VeloCloud – David mentioned that he wants to move towards Cisco...

## Projects on-hand:

6. Sedgwick Riverbed SteelConnect (SD-Ready and SDI-5030 Cluster) Project for 136 Branches and 3 Data Center
   a. Only One DC and three to Four Branches are implemented.  (Only two Site Types)
   b. 12 to 13 more Site I identified needs to be implemented to call this Pilot a Successful.
   c. Issues: SDI-5030 Cluster Issue. Now it is resolved.
7. Teleworker Steel Connect Project
   a. Currently 16 Users connecting using SDI1-130 connecting to Data Center.
   b. *Issues: Took 3 to 4 Months of time to resolve the issue. Mix of Sedgwick Firewall and SDI-5030. Waiting for RCA from Riverbed.*
   c. Sedgwick did the Pilot using Meraki and it was successful. On the Call David Huber mentioned that they have to make a decision before June to Go with Meraki or SteelConnect.  If successful they might Rollout to Call Center Agents (3000)
8. VeriClaim 62 Sites will follow Sedgwick Site Types
   a. On-hold until Pilot is successful.
9. Lindsey and Cunningham
   a. On-hold until Pilot is successful

## Assessment :

- The Sedgwick Pilot  (procured in 2016) is in early stages... I can think like 15% - ...... (Sedgwick SD-WAN Pilot Presentation)
- We reviewed the Gap with Riverbed a week before and they agreed, but no one documented.
- As they require FULL MESH Between all sites (265) sites. Each device will require to handle 530 Tunnels – Current Release of 2.11 – Tunnel Capacity is 250, 2.12 Release is 450. Plus it also depends on the Traffic Policies....
- David Hubert  mentioned on the call with Riverbed that They have to make a decision before June to move with Meraki or SteelConnect.

If we do go and complete the Pilot/Test/Validate it will take us at 2 to three months.

# EXHIBIT – 15

## Asad Gilani

| | |
|---|---|
| **From:** | Asad Gilani |
| **Sent:** | Tuesday, June 18, 2019 12:47 PM |
| **To:** | Steve Evans |
| **Cc:** | Piers Carey; Brett Ayres |
| **Subject:** | Touch Base / |
| **Attachments:** | RE: Sedgwick Status Update ; [Teneo] Update: Our SD-WAN is completely down; RE: CDG SteelHead/SDWAN Opp ; Teneo SD-WAN PreSales Process.pptx; Whirlpool Selection Process ; RE: Silver Peak roadmap session? |

Steve,

We talked about the following items:

1.                              Silver Peak and Cisco (Viptela  & Meraki)
   a.  I understand the direction that we have three products of choice.  We have a challenge on the Cisco Product as we lost the deal with LPL.

   b.  When I spoke with Piers last week he mentioned that we have to do a deal registration first if it is a viable for us to have a commercial value.

   c.  So the SD-WAN Engagement Process calls for Teneo has not disseminated the SD-WAN Engagement Process which you promised, then Brett said Piers do not want to disseminate the process. I asked Piers and he said he has not seen the process or he might have seen the process.  The process says if the opportunity is brought by Vendor we need to follow up with the Vendor. And you agreed. We all agreed that if it is a Vendor Product then we proceed with. I emailed the Whirlpool why Silver Peak was not selected. Greg Spraggins was very much confused about the process I emailed him the process and you and Brett agreed to this process.

   d.  When I received a notification on Riverbed and Versa Partnership. I was excited. You saw the email from Roumen that they both are looser. Brett called me up and asked me what is my thoughts. I told him it should be business as usual Silver Peak and Cisco but now Riverbed and Versa partnership is a big  and we already have 52%. I also told Brett that Teneo is very Technical not Strategic on selecting the SD-WAN. You told me that you brought  up Versa but it was shot down from Teneo Management Team

   e.  But I received Bonusly points from Danny. A Bit different.  He is another account executive.

Danny Crockett: +20 @asad gilani information about the Riverbed agreement  and he ping to read online discussion of what this is very engaging! #commitmentto #carpedien

13-Jun-2019                              Bonus

   f.  Developing Cisco part of developing relations is a challenge for Teneo and I help a lot

1

g.  I also discussed with Piers that I have asked Silver Peak to give us Road map but today we did not received any info.


h.  To get a meeting with Silver Peak it was me as well.

i.  I told Piers in front of Nick that Canaccord Genuity Team meets with New York City CIO and once we have a good service I will ask Canaccord Genuity. How long I know Canaccord Genuity seven years. I brought them in.

j.  Piers asked Nick to do Sales in NY for 4 Million,  Nick told me that he is only to do 700K....

k.  Yes, I do get engaged form lot of people every week about SD-WAN job. If I have to leave I would have left long time ago

l.  On Nick saying that I want to start my business with Canaccord Genuity. This is incorrect information form Nick.


2.       **SteelConnect Product.**

a.  Sedgwick: What I told them that Steel Connect does not work.  When you were on the call with Sedgwick you said yourself that this was ugly.  I email the status to all and tell them what it is. The customer is in pain.  Teneo and Riverbed sold them first and now issues have surfaced.  See Status update email. This is a new bug last week. I was told by Gary Marh today that Sedgwick Tea m – Mitch's Team had a call with Sedgwick yesterday and they are still very unhappy as another **bug surfaced last week SD-Ready lost the tunnel and SD-Ready 570 rebooted** . Should have not sold the product without understanding if the product works. Justin was on the project until last November.  That was Teneo's decision not mine

b.  Imprivata:   : See the status I provided to you and imprivata  email.  If the product does not work and Justin was on this project and he did not made it work. How can I if there is a problem with the Code. Sedgwick is doing this implementation since December 2016.  See Teneo Update email

c.  Med James: Teneo sold SteelConnect to Med James and I am trying to implement Med James. Again Teneo sold the product and now I am making it work. I do not know how will this go.

d.
                                                                                     . We will do a
    discovery call.  Steve should not be concern about it

3.       **Whirlpool Feedback attached .**

a.  Why Whirlpool was not selected because of the gaps by Silver Peak –Email attached.

b.  I was the one who schedule a call with Kevin who is a Strategic Account told Nick that Silver Peak is invited in all the customers and then they are told at the end of the day they are not selected the other team.

They both had the concerns on how you told them Palo Alto is the only Firewall and told them that Silver Peak is the product.

I have done quite a lot of Teneo in last three years, including selling 4 Viptela SD-WAN and Implanted 2. We are getting mixed signals on either to support only Silver peak or Viptela or do very objectives.

Piers is the one who walked him thru to the Netsuite to add the Aternity Opportunity and Nick was supposed to send out the confirmation to Canaccord Genuity about both Meraki and Aternity. As of now the confirmation email did not go to Canaccord Genuity.

# EXHIBIT – 16



**From:** Dan Sabol **Sent:** Friday, May 17, 2019 1:05 PM

**To:** Dan Sabol; Steve Szaban; Bart Arena

**Cc:**

**Subject:** RE: Whirlpool SDWAN Decision Criteria and insights as it pertains to Silver Peak

Hello Team,

As most of you know, Tanee and Silver Peak were in the running at Whirlpool for their SDWAN solution. Eric Schlutt, the Whirlpool Network Architect and one of the key decision makers, was gracious enough to have a conference call today to discuss their organizations SDWAN selection criteria and the vendor chosen. He was not at liberty to flat-out disclose the winning OEM/vendor, but based on information gleaned from the call, Velocloud was selected.

The Silver Peak areas of weakness from Eric's perspective were:

- The Orchestrator UI was cumbersome i.e. policy construction. Not as intuitive as other solutions and needs simplification making various settings easier to locate
- Tunnel creation between sites and to the cloud locations (AWS and GCP) not as elegant or streamlined as other solutions
- The HA design was not as developed as other solutions and the turnup was more difficult than it should have been. It took too long to get the HA site into a running state
- Not as scalable as other solutions i.e. inter-region constructs were lacking. The term "Road Map" was unacceptable
- The cost structure and bundling was different compared to other solutions, not a key differentiator but somewhat relevant

The Silver Peak areas of strength from Eric's perspective were:

- Application classification ease
- Sizing of HW platforms
- Monitoring and Visibility via GMS
- Appliance SW upgrade process via GMS

# EXHIBIT – 17


**OPENING MINDS**

Teneo Inc., 44330 Mercure Circle.   T: 703.212.3220   info@teneo.net
Suite 260,  Dulles, VA 20166   F: 703.996.1118   www.teneo.net

**6st September 2016**

Asad Giliani
661 Bedford Road
Armonk, New York 10504

Dear Asad:

I am delighted to confirm the verbal offer of employment extended to you. Welcome to the team.  As a member of a dynamic and fast growing small company, you should expect a very fluid environment, where your positive input and involvement into a number of different areas of the business, both inside and outside of your primary responsibilities will be required.  Our culture is extremely team oriented. It demands a positive attitude and complete commitment by all Teneo, Inc. people to the constant belief that <u>our success is solely driven by being our Partners' favorite partner and our Customers' favorite vendor.</u>

Your position will be Solutions Engineer reporting to Steve Evans in the US Technical Team. Your scheduled start date is **23rd September 2016**.

Your compensation includes salary and benefits. Salary in the amount of $170,000.00 per annum is paid monthly on the 25th provided you have rendered services during the pay period, subject to any deductions permitted under law.  You will also be entitled to participate in a commission scheme with on target earnings of $17,000 per annum. Details of this scheme will be provided to you separately by your manager.

As a full-time employee, you are eligible for the benefits listed below however, any benefits currently provided may be changed or removed at any time.

| | |
|---|---|
| Sick Days: | You will accrue 5 sick days each year that carry over to a maximum of 20. |
| Vacation: | You will receive 15 vacation days per year and can carry over 3 in any year. |
| Holidays: | You are eligible for paid holidays in accordance with our company policy, currently 8. |
| Health: | You will be eligible to participate in the Company health insurance plan on the 1st day of the month following your date of employment.  The company will provide the basic level of insurance for you and your family at no charge.  You may buy up to other plans. |
| Dental: | Provided on the same basis as Health Insurance. |
| LTD/STD: | The Company provides long term and short term disability insurance at no cost. |
| 401k: | You will be eligible to join the company 401k scheme after 90 days.  There is a match program detailed in the Employee Handbook. |

On your first day of work, please be prepared to provide employment eligibility verification. Attached you will find a form outlining suitable forms of identification for submission.

The Company reserves the right to conduct background investigations and/or reference checks on all of its potential employees. Your job offer, therefore, is contingent upon a clearance of such a background investigation and/or reference check, if any.

EIN: 20-1418157



OPENING MINDS

Teneo Inc., 44330 Mercure Circle,
Suite 260, Dulles, VA 20166

T: 703.212.3220
F: 703.996.1118

info@teneo.net
www.teneo.net

As a Company employee, you will be expected to abide by the Company's rules and standards. Specifically, you will be required to sign an acknowledgment that you have read and that you understand the Company's rules of conduct which are included in the Employee Handbook.

As a condition of your employment, you are also required to sign and comply with a Non-Compete Agreement which is attached to this letter.

Teneo Inc is an at-will employer. This means that both you and Teneo Inc reserve the right to terminate the employment relationship at any time for any reason. This letter serves only to confirm our verbal discussion of your employment and does not constitute a contract of employment.

If you accept this offer of employment, please sign this letter and return it to me no later than 9th **September 2016.**

Sincerely,

**Rachel Head**
**Chief Operating Officer**

---

**Employee Acceptance of Job Offer**

_____

_Employee signature_                                    **Date**

_____

_Printed Name_

EIN: 20-1418157

# EXHIBIT – 18

**Asad Gilani**

| | |
|---|---|
| **From:** | Asad Gilani |
| **Sent:** | Friday, March 8, 2019 7:35 AM |
| **To:** | Brett Ayres; Rachel Head |
| **Cc:** | Steve Evans |
| **Subject:** | RE: The Signature has not been changed as of this Morning |

Thanks Brett!.

But this looks like a Pre-Sales Job Description. We can talk later

**From:** Brett Ayres
**Sent:** Friday, March 8, 2019 2:05 AM
**To:** Asad Gilani <Asad.Gilani@teneo.net>; Rachel Head <rhead@teneo.net>
**Cc:** Steve Evans <Steve.Evans@teneo.net>
**Subject:** RE: The Signature has not been changed as of this Morning

Asad

- The job description has been uploaded in to Namely already – but I have also attached a copy. Please call me if you have any questions or concerns.

- I will call you this morning (EST) as I want to know who is asking you to work on non US projects?

- The process follows up meeting was moved to accommodate the time difference over a week ago, which we have already discussed.

Speak soon.
Brett.

**BRETT AYRES**
**Global SD WAN Practice Director**
RCSP-NPM, RCSA-HCB, RCSA-APM

**direct:** +44 118 983 8637
**mobile:** +44 7824 140 760
**email:** BAyres@teneo.net
**web:** www.teneo.net



Teneo Ltd, Registered in England & Wales No. 3928202.
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB

View our Privacy Policy

# EXHIBIT – 19

## Asad Gilani

| | |
|---|---|
| **From:** | Brett Ayres |
| **Sent:** | Friday, February 1, 2019 7:56 AM |
| **To:** | Roumen Doukov; Asad Gilani |
| **Cc:** | Tom Weston |
| **Subject:** | Re: JLl / Teneo troubleshooting SD WAN |
| **Attachments:** | C3730065.PNG |

Hi Roumen

Have you spoken to Asad about this?

Thanks
Brett


BRETT AYRES

**Global SD WAN Practice Director**
**RCSP-NPM, RCSA-HCB, RCSA-APM**

**direct:** +44 118 983 8637
**mobile:** +44 7824 140 760
**email:** BAyres@teneo.net
**web:** www.teneo.net

Teneo Ltd, Registered in England & Wales No. 3928202.
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB

View our Privacy Policy



**TAKE OUR**
# SD-WAN WORKSHOP
***De-risk your SD-WAN project by choosing the right
technology, deployment and delivery model.***

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.
> On 1 Feb 2019, at 09:16, Field, Andrew (EMEA) <Andrew.Field@eu.jll.com> wrote:
>
> Hi Tom, Brett,
> After I enabled the Test LAN in Glasgow for JLL to use the VC SDWAN, all works well, apart from F/W issue bellow.
> Basically all traffic go on the SDWAN and come to LDN and then hit the JLL Internal F/W and they getting the error bellow.
> I spoke with Andrew S. and he will join the call to day to try to help
>
> Anything or anybody else from Teneo that can have a look this and maybe have some idea?

>
> Other interesting thing is that the test PC can do ping and trace route successfully, but any other traffic get blocked by the F/W. JLL already spent 2x days try fixing it.
>
> Thanks
> Roumen
>
>
> -----Original Appointment-----
> From: Field, Andrew (EMEA) <Andrew.Field@eu.jll.com<mailto:Andrew.Field@eu.jll.com>>
> Sent: 31 January 2019 17:15
> To: Field, Andrew (EMEA); Andrew Schild; Ali, Asab; Roumen Doukov
> Subject: JLl / Teneo troubleshooting SD WAN
> When: 01 February 2019 13:30-14:30 (UTC+00:00) Dublin, Edinburgh, Lisbon, London.
> Where: Teleconf / Webex
>
> Agenda:
> 1. Run through error
>
> [cid:CE44F0BD1696A0419940D65938979B27@namprd08.prod.outlook.com]
> 2. Check if we're hitting Cisco ASA bug
(https://quickview.cloudapps.cisco.com/quickview/bug/CSCuv00272 ) Taken from this page -
https://community.cisco.com/t5/firewalls/asa-policy-based-routing-in-a-context-9-4-2/td-p/2831294
>
>
> Webes: https://jll.webex.com/join/Andrew.Fieldeu.jll.com
>
> Call details:
> UK - 02034333608 / 08082389692
> Other countries: https://www.tcconline.com/listNumbersByCode.action?confCode=3861548499#
<https://www.tcconline.com/listNumbersByCode.action?confCode=3861548499>
> Passcode: 3861548499#
>
>
> <C3730065.PNG>
> <meeting.ics>

# EXHIBIT – 20

## Asad Gilani

| | |
|---|---|
| **From:** | Brett Ayres |
| **Sent:** | Friday, January 25, 2019 7:48 AM |
| **To:** | Asad Gilani |
| **Cc:** | Roumen Doukov; Ramin Modjtabai |
| **Subject:** | RB - SD-WAN RFP - Cisco Viptela |
| **Attachments:** | Minimum contract terms - software licensing.docx; SD-WAN RFP v4.0_final.docx; RB RFP SD WAN Requirements_vendor completion template_v2.0.xlsx; RB SD-WAN Solution Requirements assessment ver. 0-60 05-12-18.docx |

Hi Asad

Thank you for your help on this one.

Please can you work on answering the questions in the excel "RB RFP SD-WAN Requirements" that relate to the technology (Viptela) and work on a BoM for Viptela.

Please can you work with Rouman on an estimate for effort hours on the design and migration for Pilots and Main project – Roumen has a really good tool for this.

I will setup a call for Wednesday morning (US time) for a catch up.

Please let me know if you have any questions, as we don't have long here.

Thanks
Brett

**BRETT AYRES**
**Global SD WAN Practice Director**
RCSP-NPM, RCSA-HCB, RCSA-APM

**direct:** +44 118 983 8637
**mobile:** +44 7824 140 760
**email:** BAyres@teneo.net
**web:** www.teneo.net



Teneo Ltd. Registered in England & Wales No. 3828282.
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB

View our Privacy Policy



## TAKE OUR
## SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

# EXHIBIT – 22

## Asad Gilani

| | |
|---|---|
| **From:** | Brett Ayres |
| **Sent:** | Friday, January 18, 2019 7:59 AM |
| **To:** | Asad Gilani |
| **Cc:** | Roumen Doukov; Ramin Modjtabai; Adam Start; Marc Sollars |
| **Subject:** | FW: SD-WAN RFP |
| **Attachments:** | Vendor Q&A and compliance record.xlsx; RFP Term Sheet Category A Final template_JW 15 10 18.docx; Minimum contract terms - software licensing.docx; SD-WAN RFP v4.0 _final.docx; RB SD-WAN Solution Requirements assessment ver. 0-60 05-12-18.docx |

Hi Asad

I would like to have you work with us on this RFP.

We have been working with RB for a number of years and Roumen has just completed a requirements assessment and vendor selection bit of work with them (See attached). We are in the process of building a list of questions related to the requirements in the RFP – We would be bidding with Viptela and VeloCloud (As the customer requires TWO vendor product solutions).

Please can you review the attached RFP information and come back to me with a list of questions for RB by 9am (UK Time) Tuesday Morning. I am free later today if you have any questions.

Thanks
Brett

BRETT AYRES
**Global SD WAN Practice Director**
**RCSP-NPM, RCSA-HCB, RCSA-APM**

**direct:** +44 118 983 8637
**mobile:** +44 7824 140 760
**email:** BAyres@loneo.net
**web:** www.loneo.net

Loneo Ltd, Registered in England & Wales No. 3928302
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB

View our Privacy Policy



# TAKE OUR
# SD-WAN WORKSHOP
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

# EXHIBIT – 21

**Asad Gilani**

| | |
|---|---|
| **From:** | Brett Ayres |
| **Sent:** | Wednesday, January 23, 2019 4:36 AM |
| **To:** | Asad Gilani |
| **Cc:** | Tom Weston |
| **Subject:** | FW: WFW |
| **Attachments:** | VZ Notes.txt; VZ Classes1.xlsx; L3 Notes.txt; L3 Classes.xlsx |

Hi Asad

I need your help to with this to get it completed.

Please can you give me a call when you're online this morning and we can discuss.

Thanks
Brett

**BRETT AYRES**
**Global SD WAN Practice Director**
RCSP-NPM, RCSA-HCB, RCSA-APM

**direct:** +44 118 983 8637
**mobile:** +44 7824 140 760
**email:** BAyres@teneo.net
**web:** www.teneo.net

Teneo Ltd, Registered in England & Wales No. 3926202.
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB

View our Privacy Policy



**TAKE OUR SD-WAN WORKSHOP**
*De-risk your SD-WAN project by choosing the right technology, deployment and delivery model.*

This email message is confidential unless otherwise stated and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete from your device.

**From:** Tom Weston
**Sent:** 23 January 2019 09:24
**To:** Brett Ayres <BAyres@teneo.net>
**Subject:** RE: WFW stuff?

Sorry,

Attached

**Asad Gilani**

| | |
|---|---|
| **From:** | Cat Randall-Smith |
| **Sent:** | Monday, June 24, 2019 4:21 AM |
| **To:** | GLOBAL – All Staff |
| **Subject:** | Reporting on Ethnicity – Please update your details |

All,

You may remember an announcement in the company news a couple of months back that we would be asking employees to submit their ethnicity into Namely to give us the opportunity to report on diversity within the organisation. We also ask that you fill out a field indicating whether you consider yourself to have a disability. Can you please go into your profile between now and the end of June to update the relevant fields?

These details will only be visible to administrators of the HR system. Disclosure is optional so if you prefer not to put in your details, please select the option which says 'prefer not to disclose' rather than not completing this task.

To complete this exercise, go to your profile hit 'edit profile' (appears next to your name) and in the 'general' section scroll down until you see the following:

🔒 https://teneogroup.namely.com/people/6b1d2bec-d4c6-45c7-ae05-91d714d1bd7a/edit/general ▼

Ethnicity details

I consider myself to have a disability

▼

Bio

You can then use the drop downs in both fields to select the appropriate response:

iamely.com/people/6b1d2bec-d4c6-45c7-ae05-91d714d1bd7a/edit/general

Ethnicity details

White including European/North American/Australian and New Zealand
Black including Caribbean/African/African American
Asian including South/East/Central/Southeast/Middle East/West Asia
Latin American including Mexican/Central and South American/Cuban/Dominican/Haitian ar
Indigenous including Native Americans/Aboriginals and Polynesian
Mixed White and Black
Mixed White and Asian
Mixed White and Latin American
Mixed Black and Asian
Mixed Black and Latin American
Mixed Asian and Latrin American
Mixed Asian and Indigenous
Mixed including any other mixed or multiple ethnic background
Any other ethnic background not listed
Prefer not to disclose

☐   Air Card

Laptop asset number

If you are someone who has started within the last year in the US and you filled out the 'Ethnicity' field, please note that this field is defunct and we'd be grateful if you could update the 'Ethnicity details' field.

A policy relating to collection and reporting of ethnicity and disability data can be found in each of the company handbooks.

Thanks,
Cat

**CAT RANDALL-SMITH**
**HR & Training Associate**

**direct:**   +44 118 983 8646
**mobile:** +44 7788 210 423
**email:**   CRandall@teneo.net
**web:**    www.teneo.net





Teneo Ltd, Registered in England & Wales No. 3928202.
Registered Office: 20/21 Theale Lakes Business Park, Moulden Way, Sulhamstead, RG7 4GB