*Plaintiff does not have the right to choose his adversary. Discovery shall proceed on the schedule previously agreed.*

July 8, 2020

Send via Pro Se Office –

Honorable Paul E. Davidson
United States Magistrate Judge
U.S.D.C. Southern District of New York
300 Quarropas St.
White Plains, NY 10601-415

SO ORDERED:

Hon. Paul E. Davi[dson]
United States M[agistrate] Judge
7/9/20

Case No: **Gilani v. Teneo Inc. and Piers Carey. Case No 20-CV-1785**

**RE: Need help in Grief with Defendant Consul**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/20

Honorable Paul E. Davidson:

Plaintiff Asad Gilani, Pro Se ("Gilani") respectfully submits this letter brief to resolve Issue with Defendant Consul, Marc Campsen

Yesterday we had Meet and Confer on Interrogatories and Production Documents. The Call became a disaster. Please see my response to Defendant's Consul. I am unable to move forward with Discovery and discussions with Defendant Consul Marc Campsen including for Depositions. (Ex-1 and Ex-2)

Ms. Janet Jacobs was on the call and we were discussing issues in Professional Manner. I am unable to work with Mr. Campsen and will not take Abuse, Harassment and intimidation towards me. Yesterday was not the first time. I did notify Defendant's Consul that I will be filing a grief with court.

Your Honor need your help to resolve in moving forward with Discovery.

Sincerely,

/s/ Asad Gilani

Asad Gilani

661 Bedford Road

Armonk, NY 10504

cc: Janet Jacobs via email

Marc Campsen via email

Laura Rubenstein via email