UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ASAD GILANI,

Plaintiff,

Case: 7:20-CV-1785-CS-PED

Judge: Cathy Siebel

Magistrate Judge: Paul Davison

-against-

TENEO, INC *et al.*

Defendants.
---------------------------------------------------------------x

**PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION - MOTION OF RECONSIDERATION**

Under Rule 72.3(b) of the Rules of this Court, Plaintiffs respectfully submit the following objections to certain of the Magistrate Judge's Order denying Docket 86 Motion for Reconsideration on Motion of on Report and Recommendation, issued on October 8, 2020. Plaintiffs objects there is no Opinion was provided why Motion of reconsideration was denied without Opinion.

Objections to Magistrate Judge's Report and Recommendation ("R&R") of October 8th , 2020

Under Rule 72.3(b) of the Rules of this Court, any party may serve and file objections to the proposed findings and recommendations of the Magistrate Judge. Local Rule 72.3(b) in particular states that failure to file timely objections "shall constitute a waiver of subsequent review," absent a showing of good cause. The Rule further states that the objecting party

"shall specifically identify the portions of the proposed findings, recommendations, or report to which objection is made and the basis for such objections." Local Rule, this Court must make a de novo determination of those portions of the report to which objection is made. Plaintiffs thus submit these detailed objections to preserve matters for this Court's review as well and for subsequent review.

Plaintiffs thus submit objections to preserve matters for this Court's review as well and for subsequent review.

As explained below, Plaintiffs' respectfully object to the following:

(1) Motion of Reconsideration was denied without Opinion

(2) Plaintiff submitted enough Evidence and Facts

For reasons outlined above, and as required by Rule 72.3(b) of the Rules of this Court, Plaintiffs object the Magistrate Judge's Report & Recommendation. and request review to be granted.

Respectfully,

Dated: October 15. 2020

/s/ Asad Gilani
Asad Gilani
Pro Se
661 Bedford Road Armonk, NY 10504 –
786

**AFFADAVIT OF SERVICE**

I Plaintiff Asad Gilani filed Plaintiff's Objection to Magistrate Judge's R&R Motion of Reconsideration on October 15, 2020 via Send via Pro Se Office Tmporary_Pro_Se_Filing@nysd.uscourts.gov.

/s/ Asad Gilani
Asad Gilani
Pro Se
661 Bedford Road Armonk, NY 10504 – 786

.