**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ASAD GILANI,

                Plaintiff,

   -against-                                    20 **CIVIL** 1785 (CS)

                                                              **JUDGMENT**

TENEO, INC., PIERS CAREY, RACHEL HEAD,
BRETT AYRES, STEVE EVANS, and TENEO
USA, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 25, 2022, Teneo's motion for summary judgment is GRANTED. Plaintiff's ADA failure-to-accommodate claim is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      January 25, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                       **BY:**      *K. Mango*

                                                       **Deputy Clerk**